UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 30 AM 9:18

OFFICE OF THE CLERK

**Jeromy Wilson**, Plaintiff,

v.

**Danesh Noshirvan**, Defendant.

Case No. 8:25cv635

# COMPLAINT FOR LIBEL, SLANDER, DEFAMATION, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(Demand for Jury Trial)

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1332(a), as the matter in controversy exceeds $75,000 and the parties are citizens of different states. 2. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because substantial events giving rise to this action occurred in Nebraska and the resulting harm was suffered in this District.

## II. PARTIES

3. Plaintiff Jeromy Wilson is an individual residing at 4213 Corby Street, Omaha, Nebraska 68111. 4. Defendant Danesh Noshirvan is an individual residing at 2411 Charleston Road, Mansfield, Pennsylvania 16933. 5. Defendant operates social-media platforms with nationwide reach and influence.

## III. FACTUAL ALLEGATIONS

6. Beginning on or about October 29, 2025, Defendant Danesh Noshirvan began publishing and circulating online content referencing Plaintiff Jeromy Wilson, containing statements that were not entirely fabricated but were abhorrently enhanced, distorted, and presented out of context in a manner intended to mislead and provoke hostility. 7. Defendant knowingly took elements of factual information and exaggerated, sensationalized, and reinterpreted them to portray Plaintiff as a dangerous, immoral, or criminal individual, despite the absence of any legitimate or current basis for such characterization. 8. The Defendant's actions went beyond commentary or opinion and constituted a malicious campaign of defamation by enhancement, designed to inflame public opinion and generate online outrage at Plaintiff's expense. 9. Defendant's videos, posts, and commentary were published across large social media platforms and viewed by thousands of people throughout the United States, including residents of Nebraska. 10. As a direct consequence of these publications, Plaintiff has received numerous threats, harassing phone calls, and unwanted messages from members of the public who were influenced by Defendant's false and misleading content. 11. These

communications have caused Plaintiff and his family to live in fear for their safety and have required the Plaintiff to take additional steps to protect his household. 12. Defendant's publications also prompted third parties to contact Plaintiff's daughter's school, law enforcement, and child-protective agencies, resulting in unnecessary scrutiny, embarrassment, and emotional hardship. 13. Defendant's conduct was carried out with actual malice and reckless disregard for the truth, demonstrating a willful intent to harm Plaintiff's reputation, credibility, and emotional well-being. 14. Plaintiff has suffered significant reputational injury, emotional distress, humiliation, anxiety, and mental anguish, along with disruption of his advocacy work and interference with his ability to engage safely in public life. 15. The Defendant's conduct was outrageous, deliberate, and calculated, weaponizing exaggerated information and false implication to generate public hostility and harassment toward the Plaintiff.

## IV. CAUSES OF ACTION

Count I — Libel (Written Defamation) 16. Plaintiff incorporates the preceding paragraphs as though fully set forth herein. 17. Defendant published false written and recorded statements about Plaintiff online. 18. The statements were unprivileged, false, and made with actual malice or reckless disregard for truth. 19. Plaintiff sustained reputational, emotional, and economic damages. Count II — Slander (Spoken Defamation) 20. Plaintiff incorporates the preceding paragraphs as though fully set forth herein. 21. Defendant verbally repeated and spread false statements in recorded and live-streamed formats. 22. These statements were false, unprivileged, and malicious. 23. Plaintiff suffered humiliation, distress, and reputational injury. Count III — Defamation (General) 24. Plaintiff incorporates the preceding paragraphs as though fully set forth herein. 25. Defendant's conduct constitutes defamation per se because it falsely accused Plaintiff of criminal conduct and moral wrongdoing. 26. The false statements have caused Plaintiff serious injury to his personal and professional reputation and standing in the community. Count IV — Intentional Infliction of Emotional Distress (IIED) 27. Plaintiff incorporates the preceding paragraphs as though fully set forth herein. 28. Defendant's actions were extreme and outrageous, exceeding all bounds of decency. 29. Defendant intentionally or recklessly caused Plaintiff to suffer severe emotional distress, fear, anxiety, and humiliation. 30. As a result, Plaintiff experienced measurable emotional pain, stress, and mental anguish.

## V. DAMAGES

31. Plaintiff seeks compensatory damages in the amount of $1,500,000.00 (one million five hundred thousand dollars) for reputational injury, emotional distress, and economic loss caused by Defendant's conduct. 32. Plaintiff seeks punitive damages in an amount sufficient to punish Defendant for his malicious actions and to deter similar conduct in the future. 33. Plaintiff also seeks equitable relief, including a permanent injunction preventing Defendant from further publishing or disseminating defamatory or harassing material about Plaintiff.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court: A. Enter judgment in favor of Plaintiff and against Defendant; B. Award compensatory damages of $1,500,000.00 and punitive damages in an amount to be determined at trial; C. Issue a permanent injunction barring Defendant from publishing further defamatory or harassing material about Plaintiff; D. Award Plaintiff court costs and any other relief deemed just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Jeromy Wilson**
4213 Corby Street
Omaha, NE 68111
Phone: (402) 415-9016
Plaintiff, Pro Se

Date: 10-30-25

# JS 44 (Rev. 10/20) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.

| I. PLAINTIFFS | DEFENDANTS |
|---|---|
| Jeromy Wilson | Danesh Noshirvan |
| Address: 4213 Corby St., Omaha, NE 68111 | Address: 2411 Charleston Rd., Mansfield, PA 16933 |

**II. BASIS OF JURISDICTION** – 28 U.S.C. § 1332 Diversity of Citizenship

**III. CITIZENSHIP OF PRINCIPAL PARTIES** – Plaintiff: Nebraska | Defendant: Pennsylvania

**IV. NATURE OF SUIT:** 320 – Assault, Libel & Slander

**V. ORIGIN:** Original Proceeding

**VI. CAUSE OF ACTION:** Defamation (Libel, Slander) and Intentional Infliction of Emotional Distress under state tort law.

**VII. REQUESTED IN COMPLAINT:** Jury Trial – Yes

**VIII. AMOUNT REQUESTED IN COMPLAINT:** $1,500,000.00

**IX. RELATED CASES IF ANY:** None

Signature of Attorney of Record or Plaintiff (Pro Se): _[signature]_
Date: 10-30-25