IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY WILSON,

Plaintiff,

vs.

DANESH NOSHIRVAN,

Defendant.

**8:25CV635**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Exemption from PACER[1] Fees (the "Motion").  Filing No. 6.  In the Motion Plaintiff requests an exemption from payment of the Electronic Public Access Fee ("PACER User Fee") prescribed in accordance with 28 U.S.C. § 1914.  Plaintiff asserts that he "has limited financial means," is without counsel, and is "unable to afford ongoing PACER access fees."  Filing No. 6 at 1.  He further contends he is unable to "effectively manage and monitor [his] case, meet filing deadlines, and respond to [C]ourt orders in a timely manner" due to the cost of PACER access.  Id.

Plaintiff, however, does not offer any facts to demonstrate that an exemption is necessary or to even indicate what documents or records Plaintiff seeks for which an exemption would be necessary.  As the Plaintiff in this matter, Plaintiff is entitled to service of any document filed in this case.  Moreover, if Plaintiff were to submit a CM/ECF NextGen e-filing request and be granted electronic filing access in this case, Plaintiff would be automatically exempted from the PACER User Fee as "[p]arties in a case (including pro se litigants) and attorneys of record receive one free electronic copy, via

---

[1] PACER stands for "Public Access to Court Electronic Records."

the notice of electronic filing or notice of docket activity, of all documents filed electronically, if receipt is required by law or directed by the filer." 28 U.S.C. § 1914, Judicial Conference Schedule of Fees, Electronic Public Access Fee Schedule, available at https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule; *see also* NEGenR 1.3(a)(1). Based on the foregoing, the Court does not find that an exemption is necessary to avoid unreasonable burdens on Plaintiff.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Exemption from PACER Fees, Filing No. 6, is denied.

Dated this 7th day of November, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2