IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY WILSON,<br><br>       Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN.<br><br>       Defendant. | 8:25CV635<br><br>ORDER |

  This matter is before the Court on pro se Plaintiff Jeromy Wilson's Motion for Service by United States Marshals, Filing No. 8, and Motion for Order Directing Service by United States Marshal. Filing No. 10. In both motions, Plaintiff seeks an order directing the United States Marshals Service to serve the summons and complaint on Defendant Danesh Noshirvan. In support of his first motion, Plaintiff notes, prior to paying the filing fee, he was granted *in forma pauperis* status and lacks the financial resources to hire a process server. Filing No. 8. In support of his second motion, Plaintiff states he has concerns about Defendant Noshirvan avoiding service. Filing No. 10.

  As an initial matter, Plaintiff was granted *in forma pauperis* status by this Court on October 31, 2025. Thereafter, Plaintiff paid the filing fee in the amount of $405. His motions now seek relief from service costs, specifically court ordered service by United States marshal pursuant to Fed. R. Civ. P. 4(c)(3). Since *in forma pauperis* litigants receive other benefits, including service by U.S. Marshal, Plaintiff's motion is not misplaced. *See*, e.g., 28 U.S.C. § 1915(d); *see also Armendariz v. Rovney*, No. 20-cv-464, 2020 WL 2513739, at *1 n.1 (D. Minn. Apr. 9, 2020), R&R adopted by 2020 WL 2512842 (D. Minn. May 18, 2020) (plaintiff's IFP application not moot despite paying filing fee because certain other costs of

1

litigation are waived for IFP litigants); *Richmond v. Bullock,* No. 4:25-cv-367, 2025 WL 2219954, at *1 (E.D. Mo. Aug. 5, 2025) (same).

The information contained in Plaintiff's application demonstrates that Plaintiff is eligible to proceed *in forma pauperis* and the Court granted that request. The Court finds service by United States marshal appropriate despite the fact that Plaintiff later paid the filing fee.

Accordingly,

IT IS ORDERED:

1. Plaintiff's motions for service by United States Marshal, Filing Nos. 8 and 10, are granted.

2. The Clerk of Court is ordered to re-issue the summons as to Defendant Danesh Noshirvan.

3. For service of process on Defendant Danesh Noshirvan the Clerk is directed to complete a USM-285 form using this address:

   Danesh Noshirvan
   2411 Charleston Road
   Mansfield, Pennsylvania 16933

4. The Clerk shall forward the completed USM-185 form and summons along with a copy of the Complaint, Filing No. 1, to the United States Marshals Service for service upon Defendant by certified mail or other authorized method. The Marshal shall serve the summons and Complaint without payment of costs or fees.

Dated this 9th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge