UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 13 PM 3: 20

OFFICE OF THE CLERK

JEROMY WILSON                    )
                                 )
            Plaintiff,           )
                                 )
v.                               )          Case No. 8:25-cv-00635
                                 )
DANESH NOSHIRVAN                 )
                                 )
            Defendant.           )

# PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff Jeromy Wilson, appearing pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 55(a) for entry of default against Defendant Danesh Noshirvan. In support, Plaintiff states:

1. On October 30, 2025, Plaintiff filed the Complaint (Filing No. 1).

2. On January 9, 2026, a Summons was issued (Filing No. 14).

3. On January 27, 2026, the Summons was returned executed showing personal service on January 23, 2026 (Filing No. 18).

4. Under Rule 12(a)(1)(A)(i), Defendant's response was due on or before February 13, 2026.

5. As of the close of business on February 13, 2026, Defendant has failed to plead, answer, or otherwise defend. A Notice of Appearance was filed January 28, 2026 (Filing No. 19), but no responsive pleading has been filed.

WHEREFORE, Plaintiff respectfully requests entry of default pursuant to Rule 55(a) and such further relief as is just and proper.

DATED: February 13, 2026.

/s/ Jeromy Wilson
Jeromy Wilson, Pro Se
4213 Corby Street
Omaha, NE 68111
Email: djjiik2015@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

JEROMY WILSON                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )        Case No. 8:25-cv-00635
                                       )
DANESH NOSHIRVAN                       )
                                       )
              Defendant.               )

# DECLARATION OF JEROMY WILSON IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Jeromy Wilson, declare under penalty of perjury pursuant to
28 U.S.C. § 1746 that:

1. I am the Plaintiff in this action.

2. Defendant was personally served January 23, 2026 (Filing No. 18).

3. Defendant's response deadline was February 13, 2026.

4. As of the close of business on February 13, 2026, no answer,
   motion, or other responsive pleading has been filed.

5. I have reviewed the Court's docket, and no response appears.

I declare under penalty of perjury that the foregoing is true.

Executed February 13, 2026.

/s/ Jeromy Wilson
Jeromy Wilson

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

JEROMY WILSON                          )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        Case No. 8:25-cv-00635
                                       )
DANESH NOSHIRVAN                       )
                                       )
                Defendant.             )

# CERTIFICATE OF SERVICE

I certify that on February 13, 2026, I served this Motion and Declaration via CM/ECF upon:

Taylor J. Wemhoff
Counsel for Defendant

/s/ Jeromy Wilson
Jeromy Wilson, Pro Se