**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEBRASKA**

JEROMY WILSON,
    Plaintiff,
vs.
DANESH NOSHIRVAN,
    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**(JURY TRIAL DEMANDED)**

## I. INTRODUCTION

Plaintiff Jeromy Wilson, appearing pro se, brings this action against Defendant Danesh Noshirvan for defamation per se, false light invasion of privacy, intentional infliction of emotional distress, and injunctive relief arising from a sustained, multi-platform, monetized campaign of false statements of fact published to an audience exceeding 210,000 direct views, with documented third-party amplification generating over 670,000 additional views.

Plaintiff does not dispute his sex offender registry status or the existence of prior criminal convictions. Plaintiff concedes his past. What Plaintiff challenges are specific, materially false statements that go beyond his actual history -- including fabricated permanent legal restrictions that do not exist, false characterizations of the number of his convictions, false allegations of crimes for which he was never charged, deliberate use of a cropped legal document to manufacture a false impression, and calculated interference with ongoing custody proceedings involving his minor daughter.

Defendant published these false statements across YouTube, TikTok, Instagram, Facebook, Threads, and additional platforms, monetized every publication, recruited a coordinated network of third-party creators who collectively amplified the campaign to over 670,000 documented views, directly solicited Plaintiff's custody adversary in a public comment section and offered her active assistance, and continued publishing new content after this lawsuit was filed.

## II. PARTIES

1.  Plaintiff Jeromy Wilson is an individual residing at 4213 Corby Street, Omaha, Nebraska 68111. Plaintiff has sole legal and physical custody of his minor daughter Avalynn Dunn-Wilson and is a registered sex offender in the State of Nebraska.

2.  Defendant Danesh Noshirvan is an individual residing at 2411 Charleston Road, Mansfield, Tioga County, Pennsylvania. Defendant operates the TikTok account "ThatDaneshGuy" with over 2,000,000 followers, a Facebook presence with over 100,000 followers, and related social media accounts on YouTube, Instagram, and Threads. All publications were cross-posted across all platforms. Defendant is a monetized content creator who generates advertising revenue, Super Thanks payments, and membership subscription income from his publications.

III. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship and an amount in controversy exceeding $75,000.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this District, the conduct complained of was targeted at and caused harm in this District, and Defendant expressly geotagged multiple publications to Omaha, NE.

## IV. FACTUAL BACKGROUND

### A. Plaintiff's Background and Conceded History

5. Plaintiff is a registered sex offender in the State of Nebraska. Plaintiff has two prior sex offense convictions in the State of Nebraska -- not three as Defendant repeatedly states. Plaintiff does not dispute his registry status.

6. The Nebraska Sex Offender Registry, maintained at sor.nebraska.gov, expressly states that sex offender registry information "shall not be used to retaliate against the registrants, their families, or their employers in any way" and that "[v]andalism, verbal or written threats of harm are illegal and will result in arrest and prosecution." The registry further states that the information is to be used to provide public notice so that a community can "develop constructive plans to prepare themselves and their family" -- not to fuel monetized harassment campaigns, coordinate mass reporting to destroy a registrant's livelihood, publish a registrant's home address to a hostile audience, or direct third parties to threaten physical harm against a registrant and his minor daughter. Despite the documented threats, doxxing, and sustained harassment campaign directed at Plaintiff, no criminal prosecution has been initiated against Defendant or any member of his amplification network, rendering civil remedies including injunctive relief the only available means of protection.

7. Plaintiff has never been convicted of, charged with, or judicially found to have committed: fraud, scamming, filing false police reports, child endangerment, or any offense involving contact with minors beyond the convictions he has conceded.

8. Plaintiff has maintained sole legal and physical custody of his minor daughter continuously since she was two months old. The daughter's mother has had no active parental role in the child's life.

9. In 2011, Plaintiff was subject to a bail release order containing temporary pre-trial conditions, including that Plaintiff not have contact with women under the age of 19 and that Plaintiff not use social media. These were temporary conditions of pre-trial release. They are not a sentence, not a permanent court order, and are not currently in effect. Plaintiff has no present legal prohibition on contact with women under 19 or on use of social media.

10. Plaintiff and his minor daughter Avalynn Dunn-Wilson are the protected parties under an Ex Parte Harassment Protection Order issued by the District Court of Douglas County, Nebraska, Case No. CI-25-8367, with Brandon Taylor as respondent. The order is valid October 1, 2025 through October 1, 2026 and prohibits Brandon Taylor from contacting, harassing, threatening, or disturbing the peace of either protected party.

### B. Origin of the Campaign

11. Brandon Taylor, operating under TikTok handle @imnotbeezy ("VOICE OF THE VOICELESS BEEZY"), began publishing content about Plaintiff in late September 2025 under the title "To Catch a PDFile." Plaintiff obtained the Ex Parte Harassment Protection Order, Case No. CI-25-8367, against Brandon Taylor on October 1, 2025.

12. Beginning October 25, 2025, Defendant initiated a sustained, multi-video, cross-platform publication campaign targeting Plaintiff, consisting of at least nine identified primary video publications and multiple independent Facebook posts, all monetized.

13. All or substantially all of Defendant's publications were monetized, generating advertising revenue and in at least one instance Super Thanks payments from viewers. Defendant also operates a paid membership program through which members received exclusive access to content about Plaintiff.

14.  The nine identified primary video publications, with total cumulative views of 210,217 as of the date of this filing, are as follows:

(a)  October 25, 2025 -- "A Popular TikTok Account is NOT Who They Say They Are" -- 32,000 views -- monetized, cross-posted to TikTok, YouTube, Instagram, and Facebook.

(b)  October 29, 2025 -- "Exclusive: TikToker with 100k Followers is a 3x Sex Offender @superdadadvocate" -- 66,000 views -- monetized. Contains the deliberately cropped bail document display at timestamp 14:20 and the false written description asserting current legal restrictions that do not exist.

(c)  October 29, 2025 -- "Jeromy Ray Wilson RESPONDS! I'm ready when h..." -- 32,000 views -- monetized, cross-posted.

(d)  October 30, 2025 -- "Let's help Brandon against Jeromy Ray Wilson" -- 24,000 views -- monetized. Published 29 days after Plaintiff's protection order against Brandon Taylor took effect.

(e)  November 4, 2025 -- "Jeromy Ray Wilson is STANDING UP against hate! @superdadadvocate (sitting)" -- 13,217 views -- monetized.

(f)  November 10, 2025 -- "A 3x CONVICTED PEDOPHILE tried to get a RESTRAINING ORDER against me!" -- 14,536 views -- monetized.

(g)  November 11, 2025 -- "Another PDF File living with Jeromy Ray Wilson and his DAUGHTER" -- 30,177 views -- monetized.

(h)  January 22, 2026 -- "He tried to SUE ME" -- members-only paywalled content -- full contents require formal discovery.

(i)  January 22, 2026 -- YouTube repost of TikTok Live broadcast. At timestamp 4:03, Defendant stated: "I'm just gonna tell everybody to make their own videos about Jeremy Wilson the pedophile."

## D. Independent Facebook Publications

15.  In addition to the nine primary video publications, Defendant published multiple independent written and video posts on Facebook:

(a)  October 29, 2025: "Jeromy Ray Wilson the tiktok pedo responds to my video before he's banned! -- in Omaha, NE." 2,400 reactions, 128 comments, 49 shares.

(b)  October 29, 2025: "Update: Jeromy Ray Wilson is now voiceless." 637 reactions, 42 comments, 6 shares.

(c)  October 30, 2025: "Let's help Brandon against Jeromy Ray Wilson -- in Omaha, NE." 710 reactions, 18 comments, 27 shares. Published 29 days after protection order against Brandon Taylor took effect.

(d)  November 11, 2025: "WHY ARE 2 PEDOS IN CHARGE OF A DISABLED NONVERBAL AUTISTIC CHILD NO WONDER HE IS DESPERATE TO SILENCE PEOPLE! That poor baby doesn't stand a chance." Body text: "I really hope the mom wins her custody battle." 4,500 reactions, 149 comments, 356 shares.

## E. Defendant's Direct Solicitation of Plaintiff's Custody Adversary

16.  In the comment section of the October 29, 2025 YouTube video, a commenter posting as @Msangelica4444 -- the mother of Plaintiff's minor daughter -- posted: "thanks for proving that he already is at fault for the social media because that is how we met. Via Facebook. He did ask for my ID though." Defendant personally replied in an edited comment: "You saw my video! If there's anything we can do to support you please let me know."

17.  This exchange documents Defendant personally identifying and directly soliciting Plaintiff's custody adversary and offering her active assistance. This is consistent with Defendant's on-camera statement at timestamp 35:20 of Video 2: "I put this video together, nice and neatly because I hope your ex sees it. I hope she does take it to court." The @Msangelica4444 exchange confirms Defendant's custody-interference intent was actively pursued through direct personal outreach.

**F. Coordination With Third-Party Creators**

18. In the comment section of his YouTube video, Chelsea Suarez, known online as CC Suarez (@IAMCCSuarez), publicly posted: "Danesh I emailed you. I'm tapping in," and Defendant publicly replied exchanging contact information, approximately January 23, 2026 -- after this lawsuit was filed.

19. On February 18, 2026 -- one day before this filing -- Defendant posted on his YouTube channel: "Update on Jeromy Wilson by our friend @IAMCCSuarez," promoting Chelsea Suarez's content about Plaintiff.

20. On November 15, 2025, Emily Doogan published a YouTube Live video on her channel "Critical True Crime" titled "An Omaha Creep - Beezy and I discuss superdad while review Danesh's recent video." Brandon Taylor -- the respondent in Plaintiff's active protection order -- appears on screen in this video. The video description explicitly links to Defendant's content and to Brandon Taylor's TikTok, establishing three-way coordination between Defendant, Brandon Taylor, and Emily Doogan while the protection order was active.

**G. Publication of Plaintiff's Home Address and Implied Physical Threat**

21. In the comment section of Defendant's monetized YouTube video, viewer @beavergunsnroses3258 posted Plaintiff's full home address -- 4213 Corby Street, Omaha -- followed by: "I've got some PTO to use." This comment remained visible in Defendant's monetized video.

22. Additionally in Defendant's comment section, a viewer posted a Spokeo link directing viewers to search for Plaintiff's home address. Both comments remained visible while Defendant continued to monetize the content.

**H. Third-Party Amplification Network**

23. Defendant's campaign generated a documented network of third-party creators republishing false characterizations about Plaintiff:

(a)  Megan Renee Beck, known online as The Megan Renee (@megan_renee215) -- 178,200 TikTok followers -- created a dedicated 9-video playlist titled "Super Dad" about Plaintiff with over 460,000 documented views.

(b)  Anthony Blackwell, known online as King Narcissist (@anthonyblackwell0) -- 483,600 TikTok followers -- created a dedicated "P3do Jeromy" playlist and published a video directing his audience to "take care of" Plaintiff's new TikTok account collectively.

(c)  Chelsea Suarez, known online as CC Suarez (@IAMCCSuarez) -- 217,000 YouTube subscribers, represented by Table Rock Management of Laguna Beach, California -- published two monetized videos explicitly tagging Defendant's YouTube channel and video in their descriptions: (i) "TikToker SuperDadOfficial EXPOSED AND BANNED for being a S3X OFFENDER," January 30, 2026, 103,334 views, monetized, in which Defendant appeared on camera as an interviewee and directly participated in the publication of false statements about Plaintiff; and (ii) "TikTok 'SuperDad' PEDO Jeromy Wilson JUST GOT WORSE," February 6, 2026, 50,632 views, monetized. Defendant's on-camera appearance in Chelsea Suarez's video demonstrates that the third-party amplification network was not independent but was actively directed and personally participated in by Defendant. Chelsea Suarez additionally started a GoFundMe fundraiser for Brandon Taylor -- the protection order respondent -- while simultaneously linking Brandon Taylor's TikTok and Megan Renee Beck's content.

(d)  Holley Stevenson, known online as @holley.stevenson -- 41,000 Facebook followers -- published multiple videos displaying Plaintiff's registry document on camera with 615 reactions and 38 shares on a single post.

(e)  Shannon Groover, known online as @shannonlynne94 -- published multiple TikTok videos including: January 13, 2026 post directly tagging Defendant by name ("@The Megan Renee @Danesh #superdadofficial #creepy #predator"); January 17, 2026 post with Defendant's YouTube video visibly embedded and

amplification creator simultaneously.

(f)    Jamie Rich, known online as Flawssee (@flawssee) on TikTok and Loud
Mouth Lounge With Flawssee on Facebook (1,300 reactions), published multiple
videos and posts containing false statements about Plaintiff across both platforms.
Additional creators including Tristate Bigmouth, Stacey Lloyd, and Jamie
Lombardi also published content about Plaintiff.

## I. Platform Bans and Destruction of Plaintiff's Social Media Presence

24.    At the time of Defendant's campaign, Plaintiff maintained social media accounts
dedicated to advocacy, not monetization. Plaintiff's TikTok account
@voiceofthevoiceless2025 had accumulated 135,200 followers and 2.5 million likes,
his Instagram account had over 20,000 followers, and his Facebook account had over
30,000 followers. Plaintiff also maintains an active YouTube account. TikTok does not
maintain a blanket ban on registered sex offenders, as such bans have been found
legally complex or unconstitutional in some jurisdictions. TikTok instead enforces its
community guidelines on a case-by-case basis. Plaintiff's TikTok account was
permanently banned following Defendant's campaign and coordinated mass reporting
by Defendant's amplification network. Defendant celebrated the TikTok ban publicly in
his October 29, 2025 Facebook post. Meta platforms (Facebook and Instagram)
maintain policies restricting registered sex offenders, and Plaintiff's accounts on those
platforms were also terminated during the period of Defendant's campaign. YouTube,
like TikTok, does not maintain a blanket ban on registered sex offenders. Plaintiff's
YouTube account remains active but has been subjected to ongoing harassment,
unwanted messages, and comments repeating the defamatory statements originating
from Defendant's campaign. Regardless of the basis for each individual platform's
action, Defendant's campaign was the catalyst that drew platform attention to Plaintiff
and resulted in the destruction of Plaintiff's social media presence across TikTok,
Instagram, and Facebook, and the ongoing harassment of Plaintiff's remaining
YouTube account, effectively eliminating Plaintiff's ability to engage in public
advocacy.

## J. Harassment by Proxy and Threatening Communications

25.    As a direct and foreseeable result of Defendant's publications and calls to action,
Plaintiff has been subjected to daily harassing, threatening, and emotionally harmful
communications across multiple platforms and via telephone voicemail, including
direct threats of physical harm and messages urging Plaintiff to end his own life. A user
identified as "Holley," believed to be Holley Stevenson, posted in Shannon Groover's
January 17, 2026 TikTok comment section: "YOU are no longer safe Jeromy.
THIRTEEN... she was THIRTEEN... YOU are not safe." Plaintiff has documented
these communications and filed multiple police reports with the Omaha Police
Department.

## V. THE MATERIALLY FALSE STATEMENTS

### A. Fabrication of Permanent Legal Restrictions

26.    In Video 2 at timestamp 14:20, Defendant displayed a cropped version of Plaintiff's
2011 Subsequent Order of Release from Custody. Defendant deliberately removed the
document header before displaying it. The video description stated: "Jeromy Wilson
aka Superdad aka @voiceofthevoiceless2025 is a registered sex offender and isn't
supposed to have contact with any woman under 19." This present-tense statement is
false. No such current restriction exists.

### B. False Characterization of Number of Convictions

27.    Across at least four separate publications, Defendant repeatedly stated Plaintiff is a
"3x" convicted sex offender. Plaintiff has two prior sex offense convictions. The "3x"
characterization is false.

### C. False Allegation of History of Filing False Police Reports

28.    In Video 6 at timestamp 2:25, Defendant stated: "Of course you have a history there in

Criminal Defamation. Police reports Plaintiff has no such history and has never been charged with filing a false police report.

### D. False Fraud and Scamming Allegations

29. In Video 2 at timestamp 24:44, Defendant stated: "Jeremy saw it as a way of getting money, scamming people." In Video 5, Defendant stated Plaintiff had "multiple fraud charges." Plaintiff has never been charged with or convicted of fraud or any financial crime.

### E. False Assertions of Active Child Endangerment

30. In Video 7 at timestamp 0:57, Defendant stated: "you're putting children in danger." In Video 9 at timestamp 6:23, Defendant stated Plaintiff is "actively grooming on TikTok." These statements assert ongoing criminal conduct that does not exist.

### F. False and Defamatory Use of the Term "Pedophile"

31. Defendant repeatedly labeled Plaintiff a "pedophile" across multiple video and written publications as a declaration of fact. Plaintiff has never been convicted of, charged with, or found to have committed any offense constituting pedophilia. Moreover, "pedophilia" is not a legal or criminal term but a specific clinical diagnosis defined in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5, Diagnostic Criteria 302.2, F65.4). As recognized by the United States Sentencing Commission, a diagnosis of pedophilic disorder requires, among other criteria, recurrent, intense sexually arousing fantasies, urges, or behaviors involving sexual activity with a prepubescent child, generally age 13 years or younger. Plaintiff has never been diagnosed with pedophilic disorder, and none of Plaintiff's convictions involve prepubescent children. Defendant's repeated use of the term "pedophile" is therefore not merely defamatory but clinically and factually false -- a deliberate mischaracterization designed to inflict maximum reputational harm by associating Plaintiff with the most stigmatized category of sex offense, one that does not correspond to Plaintiff's actual history.

### G. Express Intent to Interfere With Custody Proceedings

32. In Video 2 at timestamp 35:20, Defendant stated: "I put this video together, nice and neatly because I hope your ex sees it. I hope she does take it to court." Defendant then personally solicited @Msangelica4444 in his own comment section. Defendant's November 11, 2025 Facebook post further expressed hope that Plaintiff's custody opponent wins her custody battle.

## VI. ACTUAL MALICE

33. Defendant acted with actual malice -- knowledge of falsity or reckless disregard for truth -- as established by:

(a) Deliberate cropping of the 2011 bail document header before displaying it to 66,000 viewers, demonstrating actual knowledge that the full document contradicted the false impression being created.

(b) Written video description asserting current legal restrictions in present tense while possessing the complete document showing these were 2011 temporary bail conditions.

(c) Repeated false "3x" characterization across at least four videos over multiple weeks despite publicly available records showing two convictions.

(d) Selective use of public court records omitting dismissal status from dismissed charges.

(e) On-camera stated intent to assist Plaintiff's custody opponent, followed by direct personal outreach to @Msangelica4444 offering active support.

(f) Monetization of all publications and acceptance of Super Thanks payments from viewers during the harassment campaign.

(g) Allowing Plaintiff's home address and an implied physical threat to remain posted in his monetized comment section.

(h) Active recruitment of and on-camera participation with Chelsea Suarez after this lawsuit was filed, including Defendant's personal appearance as an interviewee in Chelsea Suarez's January 30, 2026 monetized video viewed over 103,000 times, with Chelsea Suarez's two monetized videos explicitly tagging Defendant's

(i)   Publication of "Let's help Brandon against Jeromy Ray Wilson" 29 days after issuance of Plaintiff's active protection order against Brandon Taylor.

(j)   On-camera directive on January 22, 2026 -- after this lawsuit was filed -- to his audience to "make their own videos about Jeremy Wilson the pedophile."

(k)   Continued promotion of third-party content about Plaintiff as recently as February 18, 2026, one day before this filing.

## VII. CLAIMS FOR RELIEF

### COUNT I -- DEFAMATION PER SE

34.   Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

35.   Defendant published false statements of fact about Plaintiff to a combined direct audience exceeding 210,217 views, with third-party amplification generating over 670,000 additional documented views.

36.   The statements described in Section V are materially false and each independently imputes criminal conduct to Plaintiff, constitutes defamation per se under Nebraska law, and caused Plaintiff harm presumed as a matter of law.

37.   Defendant acted with actual malice as set forth in Section VI.

38.   As a direct and proximate result, Plaintiff has suffered harm to his reputation, emotional distress, custodial interference, platform bans, loss of livelihood, and ongoing reputational harm.

### COUNT II -- FALSE LIGHT INVASION OF PRIVACY

39.   Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

40.   Defendant's publications placed Plaintiff before the public in a false light highly offensive to a reasonable person, including depicting Plaintiff as subject to current legal restrictions that do not exist, as an active threat to children, and as a fraudster and predator.

41.   Defendant acted with knowledge of or reckless disregard for the falsity of the publicized matter.

42.   As a direct and proximate result, Plaintiff suffered the damages described herein.

### COUNT III -- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

43.   Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

44.   Defendant's conduct was extreme and outrageous, including: publishing false criminal accusations to hundreds of thousands of viewers; facilitating disclosure of Plaintiff's home address to a hostile audience with an implied physical threat; directing his audience to generate additional defamatory content; directly soliciting Plaintiff's custody adversary and offering her assistance; recruiting additional creators after this lawsuit was filed; and continuing the campaign through the date of this filing.

45.   Defendant acted intentionally or with reckless disregard of the probability of causing severe emotional distress.

46.   Plaintiff has suffered severe emotional distress as a direct and proximate result, including fear for his and his daughter's physical safety, daily threatening communications, platform destruction, and custodial interference.

### COUNT IV -- INJUNCTIVE RELIEF

47.   Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

48.   Defendant's campaign of defamation constitutes an ongoing and escalating course of conduct that presents a continuing threat of irreparable harm to Plaintiff's reputation, personal safety, custodial stability, and livelihood. Monetary damages alone are inadequate to redress this harm.

irreparable injury; (2) remedies at law are inadequate to compensate for the injury; (3) the balance of hardships between the parties favors equitable relief; and (4) the public interest would not be disserved by an injunction. All four elements are satisfied here.

50. Plaintiff has suffered and continues to suffer irreparable injury, including: daily threats of physical harm and messages urging Plaintiff to end his own life; publication of Plaintiff's home address to a hostile audience accompanied by an implied physical threat; ongoing fear for the physical safety of Plaintiff and his minor daughter; destruction of Plaintiff's social media platform and livelihood; and interference with Plaintiff's custodial relationship with his minor daughter. These injuries are not compensable by monetary damages because they involve ongoing threats to personal safety and the continuous republication and amplification of provably false statements.

51. Remedies at law are inadequate. Defendant has demonstrated through his post-litigation conduct that the filing of this lawsuit has not deterred him. After this lawsuit was filed, Defendant published additional content targeting Plaintiff, actively recruited new creators to amplify false statements about Plaintiff, directed his audience to "make their own videos about Jeremy Wilson the pedophile," and promoted third-party content about Plaintiff as recently as February 18, 2026. No damages award can undo the ongoing and compounding reputational harm caused by the continuous republication of false statements across multiple platforms.

52. The balance of hardships tips sharply in Plaintiff's favor. Defendant has no legitimate interest in continuing to publish provably false statements, including fabricated legal restrictions, false criminal accusations, and false characterizations of Plaintiff's conviction history. The minimal burden on Defendant of removing false content is vastly outweighed by the continuing threat to Plaintiff's safety, reputation, custodial stability, and livelihood.

53. The public interest would not be disserved by the requested injunction. The First Amendment does not protect provably false statements of fact published with actual malice. An injunction narrowly tailored to require removal of specific, identified false statements and to prohibit the continued publication of those same false statements serves the public interest in accurate discourse and the protection of individuals from targeted harassment campaigns built on fabricated accusations.

54. Plaintiff seeks entry of a preliminary and permanent injunction requiring Defendant to: (a) remove all identified publications containing the materially false statements described in Section V from all platforms under Defendant's control, including YouTube, TikTok, Instagram, Facebook, Threads, and any other platform; (b) cease publishing or republishing any statement that Plaintiff is a "3x" convicted sex offender, that Plaintiff is currently prohibited from contacting women under 19 or from using social media, that Plaintiff has a history of filing false police reports, that Plaintiff has been charged with fraud, or that Plaintiff is actively grooming children on TikTok; (c) cease directing, encouraging, or coordinating with third parties to publish false statements about Plaintiff or to harass, threaten, or target Plaintiff; and (d) remove or cause to be removed any comments in Defendant's publication threads that disclose Plaintiff's home address or contain threats of physical harm directed at Plaintiff or his minor daughter.

55. In the absence of injunctive relief, Plaintiff will continue to suffer immediate, ongoing, and irreparable harm that no monetary damages alone can redress. Defendant's post-litigation escalation demonstrates that only judicial intervention will halt the continuing harm.


## VIII. DAMAGES

56. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered:

(a) Severe and ongoing reputational harm caused by the clinically and factually false labeling of Plaintiff as a "pedophile" -- a specific DSM-5 diagnosis inapplicable to Plaintiff -- published to over 210,000 direct viewers and amplified to over 670,000 additional viewers through a coordinated network of at least seven identified third-party creators, for a combined audience exceeding 880,000 documented views.

(b) Permanent destruction of Plaintiff's social media presence across multiple platforms, including: Plaintiff's TikTok account (135,200 followers, 2.5 million likes), which was banned as a direct result of coordinated mass reporting directed by Defendant and the amplification network on a platform that does not maintain a

followers) and Facebook account (over 30,000 followers), which were terminated during the period of Defendant's campaign; and ongoing harassment of Plaintiff's remaining YouTube account through unwanted messages and comments repeating the defamatory statements from Defendant's campaign, on a platform that likewise does not maintain a blanket ban on registered sex offenders. All accounts were maintained solely for advocacy purposes, not monetization. Defendant's campaign was the catalyst that drew platform attention to Plaintiff and resulted in the elimination of Plaintiff's ability to engage in public advocacy and community participation.

(c) Ongoing and compounding reputational harm from a documented third-party amplification network that continues to publish new defamatory content as of the date of this filing, with Defendant actively recruiting new creators and personally appearing on camera to participate in the campaign even after this lawsuit was filed.

(d) Daily harassment, threatening communications, threats of physical harm, and messages urging Plaintiff to end his own life, all documented and reported to law enforcement.

(e) Interference with Plaintiff's custodial stability through Defendant's admitted on-camera intent to introduce content into custody proceedings and direct personal solicitation of Plaintiff's custody adversary.

(f) Emotional distress and fear suffered by Plaintiff and his minor daughter Avalynn Dunn-Wilson, a named protected party under the active Ex Parte Harassment Protection Order, Case No. CI-25-8367.

(g) Harm to Plaintiff's and his minor daughter's physical safety from Defendant permitting and profiting from the publication of Plaintiff's home address in his monetized comment section, accompanied by an implied physical threat ("I've got some PTO to use"), in direct violation of the Nebraska Sex Offender Registry's express prohibition against using registry information for retaliation.

(h) Unjust enrichment of Defendant through advertising revenue, Super Thanks payments, subscription revenue, paid membership content, sponsored content, and GoFundMe income generated directly from the campaign of false statements about Plaintiff, all of which Defendant monetized while knowingly publishing clinically and factually false accusations.

(i) Such other and further damages as are proved at trial.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jeromy Wilson respectfully requests judgment in his favor and against Defendant as follows:

1. Compensatory damages in an amount not less than $5,000,000, reflecting the severity and scope of Defendant's campaign, including: the clinically and factually false labeling of Plaintiff as a "pedophile" to an audience exceeding 880,000 combined views; the permanent destruction of Plaintiff's TikTok account (135,200 followers), Instagram account (over 20,000 followers), and Facebook account (over 30,000 followers), all maintained solely for advocacy purposes; daily threats of physical harm and messages urging Plaintiff to end his own life; publication of Plaintiff's home address to a hostile audience with an implied physical threat to Plaintiff and his minor daughter; deliberate interference with Plaintiff's custody of his minor daughter; and the ongoing, escalating nature of the campaign even after the filing of this lawsuit;

2. Punitive damages in an amount not less than $5,000,000, reflecting Defendant's demonstrated actual malice, his deliberate escalation of the campaign after this lawsuit was filed, his active recruitment of and on-camera participation with third-party creators to amplify false statements, his knowing use of a clinically false label to inflict maximum reputational harm, and his violation of the Nebraska Sex Offender Registry's express prohibition against using registry information for retaliation, in an amount sufficient to deter Defendant and others from engaging in similar monetized harassment campaigns;

3. Disgorgement of all profits derived from all identified publications and membership and Super Thanks revenue generated from Plaintiff-targeting content;

4. Preliminary and permanent injunctive relief as set forth in Count IV, including an order

requiring Defendant to remove all identified publications containing materially false statements from all platforms under Defendant's control; to cease publishing or republishing the specific false statements identified in Section V; to cease directing, encouraging, or coordinating with third parties to publish false statements about Plaintiff or to harass or threaten Plaintiff; and to remove comments disclosing Plaintiff's home address or containing threats directed at Plaintiff or his minor daughter;

5. Costs of suit pursuant to 28 U.S.C. § 1920;

6. Such other and further relief as the Court deems just and proper.

## X. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ Jeromy Wilson

Jeromy Wilson

Plaintiff, Pro Se

4213 Corby Street

Omaha, NE 68111

(402) 415-9016

Djjik2015@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing First Amended Complaint with the Clerk of the United States District Court for the District of Nebraska. Upon docketing by the Clerk, the Court's CM/ECF system will automatically transmit a Notice of Electronic Filing to all counsel of record, including counsel for Defendant. In addition, a copy of the foregoing has been served upon counsel for Defendant via direct email at the email address of record:

Taylor Wemhoff
Liberty Law Group
taylor@libertylawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2-20-26

JEROMY WILSON

Plaintiff, Pro Se

4213 Corby Street

Omaha, NE 68111

Djjik2015@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEBRASKA**

JEROMY WILSON,
    Plaintiff,

vs.

DANESH NOSHIRVAN,
    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

**EXHIBIT A**

**Plaintiff's First Amended Complaint**

**[ FIRST AMENDED COMPLAINT FOLLOWS THIS COVER PAGE ]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

JEROMY WILSON,
    Plaintiff,
vs.
DANESH NOSHIRVAN,
    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

### DECLARATION OF JEROMY WILSON IN SUPPORT OF
### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

I, Jeromy Wilson, declare as follows:

1. I am the Plaintiff in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth herein.

2. Attached hereto as Exhibit B is a true and accurate screenshot captured by me on February 2, 2026, from the YouTube video titled "EXCLUSIVE: Tiktoker with 100k+ Followers is a 3x Sex Offender. @superdadadvocate," published by Defendant Danesh Noshirvan on the YouTube channel "ThatDaneshGuy" on or about October 29, 2025. The screenshot accurately depicts the video and its accompanying description as they appeared on the YouTube platform at the time of capture.

3. Attached hereto as Exhibit B-1 is a true and accurate copy of the original Subsequent Order of Release from Custody — a two-page document — which is the document Defendant displayed on camera during the October 29, 2025 video. Defendant intentionally displayed only a portion of this document on screen, cropping out identifying header information that would have revealed the document's true nature as a release from custody order rather than a permanent sentencing document or court-ordered restriction. The cropped display of this document, omitting its full context and header, was used to create the false impression that Plaintiff is subject to permanent legal restrictions on contact with women under the age of 19 and on use of social media. Those restrictions were temporary conditions of release that are not currently in effect. Plaintiff has no present legal prohibition on contact with women under 19 or on use of social media.

4. The YouTube video description stated in writing: "Jeromy Wilson aka Superdad aka @voiceofthevoiceless2025 is a registered sex offender and isn't supposed to have contact with any woman under 19." This present-tense written statement, visible to any member of the public without watching the video, asserts that I am currently prohibited from contact with women under 19. This statement is false. No such current restriction exists.

5. The screenshot shows the video had accumulated 66,000 views at the time of capture, the channel had 184,000 subscribers, and the video is part of a dedicated 9-video playlist titled "Jeromy Wilson" maintained by Defendant on his ThatDaneshGuy channel.

6. Attached hereto as Exhibit C are true and accurate screenshots and documentation captured by me or preserved from publicly accessible social media platforms documenting Defendant's independent Facebook publications, comment section activity, coordinated third-party amplification, network coordination, and direct engagement with Plaintiff's custody adversary. Exhibit C includes the following categories of documentation:

(a) Defendant's own Facebook page displaying the banner "Need Someone Identified? THATDANESHGUY," establishing that public identification of individuals is Defendant's stated commercial purpose.

(b) Defendant's October 29, 2025 Facebook post calling me "the tiktok pedo" in writing with 2,400 reactions; Defendant's October 29, 2025 Facebook post celebrating my TikTok ban with 637 reactions; Defendant's October 30, 2025 Facebook post "Let's help Brandon against Jeromy Ray Wilson" geotagged to Omaha, NE with 710 reactions and 27 shares; and Defendant's November 11, 2025 Facebook post calling both me and a household member pedophiles, referencing my daughter's disability, and expressing hope my custody opponent wins her custody battle, with 4,500 reactions, 149 comments, and 356 shares.

(c) The YouTube comment section of Defendant's video showing my full home address — 4213 Corby Street, Omaha — posted by a viewer who stated "I've got some PTO to use," alongside a separate comment directing viewers to obtain my home address via Spokeo. Both comments remained visible in Defendant's monetized video while he continued to profit from the content.

(d) The YouTube comment section showing Chelsea Suarez, known online as CC Suarez (@IAMCCSuarez), publicly coordinating with Defendant, stating "I'm tapping in" and exchanging direct contact information approximately January 23, 2026 — after this lawsuit was filed. Also included is Defendant's YouTube channel post from February 18, 2026 promoting Chelsea Suarez's content about me with 25,000 documented views, confirming the campaign continued after this lawsuit was filed.

(e) Documentation of the broader third-party amplification network including: Megan Renee Beck's (@megan_renee215, 178,200 TikTok followers) dedicated 9-video "Super Dad" playlist with over 460,000 documented views; Anthony Blackwell's, known online as King Narcissist (@anthonyblackwell0, 483,600 TikTok followers), dedicated "P3do Jeromy" playlist explicitly directing his audience to "take care of" my new account together; and Holley Stevenson's (@holley.stevenson, 41,000 Facebook followers) multiple videos displaying my registry document on camera with 615 reactions and 38 shares on a single post.

(f) A YouTube Live video titled "An Omaha Creep - Beezy and I discuss superdad while review Danesh's recent video," published November 15, 2025 by Emily Doogan on the channel "Critical True Crime." The video description explicitly states: "I recently came across @thatdaneshguy video covering superdad... I started following Beezy on TikTok and asked if he'd like to come on and share more of his perspective. Please check out Danesh's video... And Beezy's TikTok @/imnotbeezy." Brandon Taylor (imnotbeezy) — the respondent in my active Ex Parte Harassment Protection Order, Case No. CI-25-8367 — appears on screen in this video, establishing three-way coordination between Defendant, Brandon Taylor, and Emily Doogan while the protection order was active.

(g) Multiple TikTok videos by Shannon Groover (@shannonlynne94) in chronological order: On January 13, 2026, Shannon Groover directly tagged Defendant by name — captioned "@The Megan Renee @Danesh #superdadofficial #creepy #predator #fyp" — with Emily Doogan / Critical True Crime commenting on that same post. On January 17, 2026, Shannon Groover published a TikTok with Defendant's YouTube video visibly embedded and playing within her TikTok while she provided live commentary, with 64 likes, 9 comments, and 7 saves, establishing direct republication of Defendant's content. The comment section of this video contains a direct threat from a user identified as Holley, believed to be Holley Stevenson: "YOU are no longer safe Jeromy. THIRTEEN... she was THIRTEEN... YOU are not safe." On approximately January 31, 2026, Shannon Groover published a video receiving 8,446 likes, 192 comments, and 424 saves, tagging every major amplification creator simultaneously: "@The Megan Renee @Flawssee @King Narcissist @Holley @iamccsuarez @VOICE OF THE VOICELESS BEEZY #jeromywilson #superdadofficial #thelawsuitguy #pdfile." On or about February 19, 2026, Shannor Groover published an additional video directing viewers to Megan Renee Beck and Chelsea Suarez and making the false allegation that I was messaging teenage girls on Snapchat.

content creator represented by Table Rock Management of Laguna Beach, California, with 217,000 YouTube subscribers: First, "TikToker SuperDadOfficial EXPOSED AND BANNED for being a S3X OFFENDER," published January 30, 2026, with 103,334 views and 5,600 likes, monetized with advertising, description explicitly tagging Defendant's YouTube channel and video about me. In this video, Defendant Danesh Noshirvan personally appeared on camera as an interviewee, directly participating in the publication of false statements about me to Chelsea Suarez's audience. Defendant's on-camera appearance demonstrates that the third-party amplification network was not independent but was actively directed and personally participated in by Defendant. Second, "TikTok 'SuperDad' PEDO Jeromy Wilson JUST GOT WORSE," published February 6, 2026, with 50,632 views, also monetized, description also explicitly tagging Defendant's YouTube video about me. Chelsea Suarez additionally started a GoFundMe fundraiser for Brandon Taylor — the respondent in my active protection order — while simultaneously linking Brandon Taylor's TikTok and Megan Renee Beck's content in the same video.

(i) A verbatim exchange in the comment section of Defendant's October 29, 2025 YouTube video in which the mother of Plaintiff's minor daughter, posting as @Msangelica4444, commented: "thanks for proving that he already is at fault for the social media because that is how we met. Via Facebook. He did ask for my ID though." Defendant personally replied — in an edited comment — "You saw my video! If there's anything we can do to support you please let me know." This exchange documents Defendant personally identifying and directly soliciting the mother of my daughter — a party adverse to me in custody matters — and offering her active assistance, consistent with Defendant's on-camera statement that he assembled his content hoping my ex would use it in court, and constituting documented evidence of Defendant's deliberate effort to weaponize his publications against me in custody proceedings involving my daughter, who is herself a named protected party under the active Ex Parte Harassment Protection Order, Case No. CI-25-8367.

7. Attached hereto as Exhibit D is a true and accurate copy of the Ex Parte Harassment Protection Order issued by the District Court of Douglas County, Nebraska, Case No. CI-25-8367, with myself and my daughter Avalynn Dunn-Wilson as protected parties and Brandon Taylor as respondent, valid October 1, 2025 through October 1, 2026. Defendant published his video titled "Let's help Brandon against Jeromy Ray Wilson" on October 30, 2025 — just 29 days after this protection order took effect. Brandon Taylor subsequently appeared on screen in the Critical True Crime YouTube Live on November 15, 2025 jointly reviewing Defendant's content about me while the protection order was active. Chelsea Suarez further started a GoFundMe for Brandon Taylor while linking his TikTok in her monetized video, providing direct financial support to the protection order respondent.

8. At the time of Defendant's campaign, I maintained social media accounts dedicated to advocacy, not monetization. My TikTok account @voiceofthevoiceless2025 had accumulated 135,200 followers and 2.5 million likes, my Instagram account had over 20,000 followers, and my Facebook account had over 30,000 followers. I also maintain an active YouTube account. TikTok does not maintain a blanket ban on registered sex offenders, as such bans have been found legally complex or unconstitutional in some jurisdictions. My TikTok account was permanently banned as a direct result of Defendant's audience's coordinated mass reporting, which Defendant expressly directed and celebrated on his Facebook page on October 29, 2025. Meta platforms (Facebook and Instagram) maintain policies restricting registered sex offenders, and my accounts on those platforms were also terminated during the period of Defendant's campaign. YouTube, like TikTok, does not maintain a blanket ban on registered sex offenders. My YouTube account remains active but has been subjected to ongoing harassment, unwanted messages, and comments repeating the defamatory statements originating from Defendant's campaign. Regardless of the basis for each individual platform's action, Defendant's campaign was the catalyst that drew platform attention to me and resulted in the destruction of my social media presence across TikTok, Instagram, and Facebook, and the ongoing harassment of my remaining YouTube account, effectively eliminating my ability to engage in public advocacy — the sole purpose for which I maintained these accounts.

9. The Nebraska Sex Offender Registry, maintained at sor.nebraska.gov, expressly states that sex offender registry information "shall not be used to retaliate against the

registrants, their families, or their employers in any way" and that "[a]ny and all verbal or written threats of harm are illegal and will result in arrest and prosecution." The registry further states that the information is to be used to provide public notice so that a community can "develop constructive plans to prepare themselves and their family." Defendant's campaign is the antithesis of constructive community preparation. Despite the documented threats, doxxing, and sustained harassment directed at me and my minor daughter, no criminal prosecution has been initiated against Defendant or any member of his amplification network, rendering civil remedies — including the injunctive relief now sought in the First Amended Complaint — the only available means of protection.

10. Defendant repeatedly labeled me a "pedophile" across multiple video and written publications as a declaration of fact. "Pedophilia" is not a legal or criminal term but a specific clinical diagnosis defined in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5, Diagnostic Criteria 302.2, F65.4). As recognized by the United States Sentencing Commission, a diagnosis of pedophilic disorder requires, among other criteria, recurrent, intense sexually arousing fantasies, urges, or behaviors involving sexual activity with a prepubescent child, generally age 13 years or younger. I have never been diagnosed with pedophilic disorder, and none of my convictions involve prepubescent children. Defendant's repeated use of the term "pedophile" is clinically and factually false — a deliberate mischaracterization designed to inflict maximum reputational harm by associating me with the most stigmatized category of sex offense, one that does not correspond to my actual history.

11. I have received daily harassing, threatening, and emotionally harmful communications across multiple platforms and via telephone voicemail beginning October 2025 and continuing to the present, including direct threats of physical harm and messages urging me to end my own life. I have documented these communications and filed multiple police reports with the Omaha Police Department. The public comment sections of content targeting me include direct threats, including the statement "YOU are no longer safe Jeromy" published by a user believed to be Holley Stevenson in Shannon Groover's January 17, 2026 TikTok comment section and documented in Exhibit C.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _February 20_, 2026.

**JEROMY WILSON**
Plaintiff, Pro Se
4213 Corby Street
Omaha, NE 68111

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

JEROMY WILSON,
       Plaintiff,
vs.
DANESH NOSHIRVAN,
       Defendant.

Case No. 8:25-cv-00635-JMG-JMD

# EXHIBIT B

### Screenshot -- ThatDaneshGuy YouTube Video

Case No. 8:25-cv-00635-JMG-JMD

### Video Title:

"EXCLUSIVE: Tiktoker with 100k+ Followers is a 3x Sex Offender. @superdadadvocate"

Published by:
Danesh Noshirvan ("ThatDaneshGuy"), YouTube

Date Published:
October 29, 2025

Screenshot Captured:
February 2, 2026

Views at Time of Capture:
66,000

Channel Subscribers:
184,000

Playlist:
"Jeromy Wilson" -- 9-video dedicated playlist maintained by Defendant

Monetized:
Yes

**RELEVANCE TO DECLARATION**

Screenshot shows Defendant's video displaying a cropped court document on camera at timestamp 14:20, with the document header removed. The video description states in writing: "Jeromy Wilson aka Superdad aka @voiceofthevoiceless2025 is a registered sex offender and isn't supposed to have contact with any woman under 19." This present-tense written statement is false. No such current restriction exists. The complete unaltered document is attached as Exhibit B-1.

**[ INSERT EXHIBIT B SCREENSHOT BEHIND THIS COVER PAGE ]**



### EXCLUSIVE: Tiktoker with 100k+ Followers is a 3x Sex Offender. @superdadofficial

**ThatDaneshGuy** ✓
184K subscribers

Join   Subscribe      👍 Like   👎   ➤ Share   ✦ Ask   •••

64,966 views  Oct 29, 2025  **ThatDaneshGuy Podcast**
Jeromy Wilson aka Superdad aka @voiceofthevoiceless2025 is a registered sex offender and isn't supposed to have contact with any woman under 19.

Brandon has been calling him out for awhile and he's on tiktok as @imnotbeezy

### How this was made

Auto-dubbed

---

**Jeromy Wilson**
ThatDaneshGuy - 8 / 9

1. **Tiktok Live 1/21/25**
ThatDaneshGuy

2. **He tried to SUE ME**
ThatDaneshGuy

3. **Another PDF File living with Jeromy Ray Wilson and his...**
ThatDaneshGuy

4. **A 3x CONVICTED PEDOPHILE tried to get a RESTRAINING...**
ThatDaneshGuy

5. **A Popular Tiktok Account is NOT Who They Say They Are!**
ThatDaneshGuy

6. **Jeromy Ray Wilson RESPONDS! I'm ready when h...**

**File Fed and State free**
It's a snap to get your taxes done Free with TurboTax. File your taxes now.
**Sponsored** · TurboTax

Learn more

**Her Sugar Daddy Dumps Her After She Gets Caught Using a ...**
Officer Axon
681K views · 3 months ago



UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

JEROMY WILSON,
    Plaintiff,

vs.

DANESH NOSHIRVAN,
    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

# EXHIBIT B-1

**Subsequent Order of Release from Custody**

Complete Two-Page Original Document

Case No. 8:25-cv-00635-JMG-JMD

## DESCRIPTION OF DOCUMENT

This is the complete, unaltered two-page Subsequent Order of Release from Custody that Defendant Danesh Noshirvan displayed on camera in his October 29, 2025 YouTube video. Defendant deliberately displayed this document with the header cropped out, concealing the document's true nature.

The document is a pre-trial bail conditions order. It is not a sentence. It is not a permanent court order. The conditions it contains were temporary conditions of release that applied at the time of release from custody and are not currently in effect. Plaintiff has no present legal prohibition on contact with women under 19 or on use of social media.

Defendant's deliberate cropping of the document header before displaying it to an audience of 184,000 subscribers -- combined with the written video description asserting current restrictions that do not exist -- constitutes the knowing publication of false statements of fact with actual malice.

## COMPARISON

**What Defendant showed:** The document body only, with conditions listed, header removed.

**What was hidden:** The document title "Subsequent Order of Release from Custody" and identifying court header information.

**False impression created:** That Plaintiff is currently subject to permanent legal restrictions on contact and social media use.

**The truth:** These were temporary bail conditions. They are no longer in effect.

[ INSERT COMPLETE TWO-PAGE RELEASE ORDER BEHIND THIS COVER PAGE ]

| STATE OF NEBRASKA | **SUBSEQUENT ORDER OF RELEASE FROM CUSTODY** | |
|---|---|---|
| CR/TR 218 (9/98) | | |

**Douglas County Court, Criminal/Traffic Division**
**1701 Farnam Street, 2nd Floor, Omaha, NE 68183  (402) 444-5386**

STATE OF NEBRASKA,                    Plaintiff,          Case Number: _____

vs.                                                         Docket Number: _____

~~_____~~ Defendant                SUBSEQUENT ORDER OF RELEASE
                                                            FROM CUSTODY

It appearing to the Court that the defendant has been retained in custody for more than 24 hours because of his/her inability to fulfill conditions of the order of pre-trial release entered herein the Court finds as follows:

1. That the defendant has been informed of his/her right to a review of the condition(s) imposed.
2. That the defendant is aware of his/her right to legal counsel.
   [ ] That legal counsel has been appointed for the purposes of this review.
3. That the condition(s) imposed  [ ] are  [ ] are not reasonable.
   A. That the conditions imposed are reasonable because of the following:
      [ ] The nature and circumstances of the offense charged
      [ ] Record of flight to avoid prosecution
      [ ] Record of failure to appear at Court proceedings
      [ ] The defendant's:    [ ] Family ties          [ ] Employment
                              [ ] Financial Resources  [ ] Character and mental condition
                              [ ] Record of convictions [ ] Length of residence
                              [ ] Other:

4. That the original order of release shall remain in full force and effect except:
   [ ] A.  No Exceptions.
   [ ] B.  The appearance bond requiring a 10% cash or equivalent deposit with the Clerk shall be reset at $_____ .
   [ ] C.  The bail bond with surety or sureties or cash shall be reset at $_____ .
   [ ] D.  The defendant shall return to custody of the Douglas County Sheriff and remain in custody between the hours of _____ and _____ each day.
   [ ] E.  The defendant be released on his/her personal recognizance.
   [ ] F.  The defendant be released to Pretrial Release or_____ who has agreed to supervise him/her, with the understanding that he/she must follow the supervisor's rules.
   [ ] G.  The defendant be released to Pretrial Electronic Monitoring, which has assessed and accepted the defendant.
   [✓] H.  Other: Defendant shall have no contact with anyone less than 19 years of age. Defendant shall not interact with any females on any social networking site. No contact with victim Mikayla Meier.

IN ALL CASES, THE DEFENDANT SHALL:
1. Refrain from unlawful conduct.
2. Not go farther than 10 miles beyond the boundaries of Douglas County, Nebraska.
3. Reside at his/her residence _____
4. Refrain from possessing or using firearms or other weapons.
5. Refrain from possessing or using alcohol or controlled substances.
6. Refrain from any contact with _____ , personally or through another person.

IT IS FURTHER ORDERED BY THIS COURT THAT:
1. A warrant be issued immediately if the defendant violates any of the conditions of this release, in addition to other penalties provided by law as follows:
   [ ] If charged with a felony, not more than 5 years imprisonment and/or a $10,000.00 fine.
   [ ] If charged with a Class II Misdemeanor or with an Ordinance Violation carrying more than a 90-day sentence, not more than 6 months imprisonment and/or a $1,000.00 fine.
2. If the defendant fails to obey the Court's Order to Appear, he/she may be charged with a Class IV Felony and Contempt of Court.
4. The defendant shall not be released from custody until he/she signs this Order acknowledging that he/she understands it.

Date: 3-1-11          Judge _____

I have read and understand or have had explained to me and understand this subsequent order of release from custody.

Date: 3-1-11          Defendant _____

JUSB2058-P3                    Douglas County Court              Page:     1
Crtrm...: 01C25              JOURNAL ENTRY & ORDER    Judge.: No Judge Assigned
Case No.: CR 11    4912                               Filed..: 2/18/2011
Date....:  3/01/2011  09:00  Action: Hearing          bond review-waive prelim
Caption.: State v. Jeromy R Wilson                    AKA:
DOB.....:  4/08/1986        Arrest #:                   Citation #: K   1039203
No Charge                   Amended to               Statute/Ord. No.
 1 Sexual assault/forcible                             28-319        2  FEL

## APPEARANCES

[ ] Defendant,  [✓] Defense Counsel  MANCUZZO  [✓] Parents or Guardians
[✓] Prosecutor  MCGILL           [ ] Interpreter

## ARRAIGNMENT AND ADVISEMENT

[ ] Defendant arraigned on: [ ] the above charge(s)  [ ] the charge(s) of _____
[ ] Defendant advised of the charge(s) against him/her and the penalties for said charge(s).          [✓] Waiver(s) entered knowingly.
[ ] Defendant advised [ ] privilege against self-incrimination;   [ ] waived.          [✓] Waiver(s) entered understandingly.
      on each charge of: [ ] right to confront accusers;   [ ] waived.          [✓] Waiver(s) entered intelligently.
                          [ ] right to preliminary hearing;   [ ] waived;    [✓] bound over to District [✓] Waiver(s) entered voluntarily.
                          [ ] right to counsel;   [ ] waived.    Court for trial   [✓] Factual basis for waiver(s) found.
[ ] Public Defender appointed for purposes of bond setting only.
[ ] Indigency inquiry held; [ ] Defendant adjudged indigent, Public Defender appointed / _____ appointed.
[ ] Defendant adjudged not indigent.
[ ] Defendant will hire own counsel.                         [ ] Employed _____
[ ] Case set for preliminary hearing on _____, 20____ at 9:00 AM in Courtroom No. 25.
[✓] Probable cause for detention found. Bond set at $ 25,000 [ ]10% [ ] ROR; [✓] Pre-Trial Release. [ ] Drug Court/Diversion Eligible.

## CONTINUANCE/DISMISSAL

[ ] Case continued to _____, 20____ at _____ on motion of [ ] Prosecutor; [ ] Defense; [ ] Court.
[ ] Charge(s) 1 ( ) 2 ( ) 3 ( ) 4 ( ) 5 ( ) dismissed on motion of [ ] Prosecutor; [ ] Defense; [ ] Court; [ ] No action taken.

## PRELIMINARY HEARING/EXTRADITION

[ ] Preliminary hearing held;
     [ ] Court finds probable cause to believe Defendant guilty of crime(s) charged. 1 ( ) 2 ( ) 3 ( ) 4 ( ) 5 ( ); case bound over to District Court for trial.
     [ ] Court finds insufficient evidence to bind Defendant over on charge(s) 1 ( ) 2 ( ) 3 ( ) 4 ( ) 5 ( ); charge(s) is/are dismissed.
[ ] Bond set at $_____ [ ]10%; [ ]Signature; [ ]ROR; [ ]Pre-Trial Release; [ ] No bond allowed.
[ ] Extradition hearing held;   [ ] Defendant waives extradition and is remanded to custody of Sheriff.  [ ] Defendant declines waiver of extradition,
     case continued to _____, 20____ at _____.
[ ] Exhibits introduced: Nos. _____ thru _____. Received _____

## ADDITIONAL ENTRIES OF RECORD

[ ] Upon oath of Prosecutor, probable cause is found for the issuance of arrest warrant.
[ ] Defendant fails to appear; [ ] Capias to issue; [ ] Bond set at $_____; [ ] Mittimus to issue; [ ] Capias cancelled.
[ ] Bond in the amount of $_____ [ ] forfeited; [ ] reinstated; [ ] released.
[ ] Court Costs $_____ [ ] Witness Fees $_____ [ ] Sheriff Fees $_____ [ ] Subpoena Fees $_____ [ ] Other $_____

[✓] Def shall have no contact with anyone less than
19 years of age. Def. shall not interact with
any females on any social networking site.

Hon. _____          _____  _____  _____
            Judge                          Date     Bailiff  Tape Nos.          CR/TR 240 (9/09)

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

JEROMY WILSON,

    Plaintiff,

vs.

DANESH NOSHIRVAN,

    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

## EXHIBIT C

### Social Media Screenshots and Network Coordination Documentation

Case No. 8:25-cv-00635-JMG-JMD

## CONTENTS OF EXHIBIT C

Organized by subcategory corresponding to Declaration Paragraph 6(a) through 6(i)

(a) Defendant's Facebook Banner — "Need Someone Identified? THATDANESHGUY"

(b) Defendant's Facebook Posts: October 29 (2,400 reactions); October 29 ban celebration (637 reactions); October 30 "Let's help Brandon" (710 reactions, 27 shares); November 11 calling Plaintiff and household member pedophiles (4,500 reactions, 356 shares)

(c) Home Address Disclosure (4213 Corby Street, Omaha) and "I've got some PTO to use" physical threat posted in Defendant's YouTube comment section; Spokeo link directing viewers to Plaintiff's address

(d) CC Suarez (@IAMCCSuarez) YouTube comment coordination with Defendant — "I'm tapping in" exchange, approximately January 23, 2026; Defendant's February 18, 2026 YouTube post promoting CC Suarez content (25,000 views)

(e) Third-Party Amplification Network: Megan Renee Beck "Super Dad" 9-video playlist (460,000+ views); Anthony Blackwell / King Narcissist "P3do Jeromy" playlist; Holley Stevenson registry document display (615 reactions, 38 shares)

(f) Critical True Crime YouTube Live (November 15, 2025) — Emily Doogan and Brandon Taylor jointly reviewing Defendant's video on screen while Protection Order CI-25-8367 was active; video description explicitly linking all three parties

(g) Shannon Groover (@shannonlynne94) TikTok posts: January 13, 2026 (direct tag of Defendant @Danesh); January 17, 2026 (Defendant's video embedded and playing, 64 likes, "YOU are no longer safe Jeromy" threat in comments); January 31, 2026 (8,446 likes, 192 comments, tags entire network simultaneously); February 19, 2026 (false Snapchat allegation, directs to Megan Renee Beck and Chelsea Suarez)

(h) Chelsea Suarez monetized YouTube videos: January 30, 2026 "TikToker SuperDadOfficial EXPOSED AND BANNED for being a S3X OFFENDER" (103,334 views, 5,600 likes, description tags Defendant's channel and video, Defendant appears on camera as interviewee); February 6, 2026 "TikTok 'SuperDad' PEDO Jeromy Wilson JUST GOT WORSE" (50,632 views, description tags Defendant's video); GoFundMe for Brandon Taylor with Brandon TikTok and Megan Renee Beck links; Table Rock Management representation confirmed

(i) @Msangelica4444 comment in Defendant's October 29, 2025 YouTube video: "thanks

for proving that he already is at fault or the social media because that is how he gets Venmo via Facebook. He did ask for my ID though." Defendant's edited reply: "You saw my video! If there's anything we can do to support you please let me know."

**[ INSERT EXHIBIT C SCREENSHOTS IN ORDER (a) THROUGH (i) BEHIND THIS COVER PAGE ]**



Help    Thu Feb 19 8:00 AM

facebook.com

EXCLU...  Report...  Trial Co...  Instagr...  (1)Dan...  Inbox (...  Apify S...  omaha...  In Oma...  how to...  what d...  is tikto...  Jeromy Wil...

Q Search Facebook

Find friends



**Need Someone Identified?**

**THATDANESHGUY**



### Thatdaneshguy

**137K followers · 30 following**
Cancel Culture doesn't exist.
This is Accountability Culture.
◼ Journalist  @ thatdaneshguy

🛡 Subscribe    💬 Message    ➕ Follow

All    About    Photos    Followers    Subscriber hub    More ▾

**Personal details**                    **Featured**

Help                                                                    ⊙ 🛜 📶 Q 💻 ● Thu Feb 19 7:53 AM

● ● ●    ▣ ⌄    ‹                              🖥                    facebook.com              ⟳                    ⎙ + ▢

▶ EXCLU...  G Report...  S Trial Co...  ◎ Instagr...  ♪ (1)Dan...  M Inbox (...  📄 Aplfy S...  ◎ omahe...  📋 In Oma...  ◎ how to...  ◎ what d...  ◎ is tikto...  f Jeromy Wil...

f    Q Jeromy Wilson omaha              ⌂        ⚬⚬        ⊗                      **Find friends**    ▦  ◍  🔔  👤⌄

## Search results

### Filters                          👤 Thatdaneshguy · **Follow**                                    •••
                                     October 29, 2025 · 🌐
⊙ All
                                     Update: Jeromy Ray Wilson is now voiceless.

Recent Posts              ⚪○

Posts You've Seen         ⚪○
                                              **user26829460528**
Date Posted               ▾                   @voiceofthevoiceless2025

Posts From                ▾              **80**        **135.2K**       **2.5M**
                                      Following      Followers        Likes
Tagged Location           ▾
                                                    ⚬⚬
⚬⚬ People
                                     ⫴▾                              ♡⊘
◉ Reels

🛒 Marketplace
                                            **Account banned**
🏴 Pages
                                     The account voiceofthevoiceless2025 is no
⚬⚬⚬ Groups                                       longer available

🎟 Events
                                     👍😆○ 637                    42 comments  6 shares

                                        👍 Like        ◯ Comment        ↪ Share

                                     🔵 Tristate Bigmouth · **Follow**                             •••
                                     November 10, 2025 · 🌐

                                     Jeromy Ray Wilson VS Thatdaneshguy #news #jeromyraywilson #thatdaneshguy #case #law    ✏





Help                                                                                ▶ 🛜 🔋 Q 🖥 ● Mon Feb 2 9:37 PM

● ● ●  ⬚ ˅  ⟨                    ⬚            ● youtube.com            ↻                    ⬆ + ⬚

▶ Another PD...  ⬚ Instagram  ♪ TikTok - M...  Ⓕ Facebook  M (1) - djiik2...  ⬚ My Drive -...  G how to tak...  All Product...  M jessicadre...  Apify Store  C Chelsea Su...

☰  ▶ YouTube              Danesh                          ✕  Q  🎤        + Create  🔔  👤

**@carolenajones5866** 1 month ago                                    54K views • 3 days ago
Someone has called the police.. then they will get cps....right?!!      New
👍 👎  Reply
                                                                        **Nicki Minaj Support BACKFIRES**
**B**  **@beavergunsnroses3258** 1 month ago                           **Against Trump...? | TMZ Live ...**
4213 corby street                                                       TMZ ✔
Omaha                                                                   150K views • 5 days ago
👍 👎  Reply                                                              New

**B**  **@beavergunsnroses3258** 1 month ago                           **Going Back On His Word**
Omaha? What's his address? I've got some pto to use.                    The People's Court ✔
👍 👎  Reply                                                              736K views • 2 years ago

**T**  **@TheRichAndWicked** 1 month ago                               **Why you LOSE at Slots 🎰 How**
How is he allowed around children.....                                  **to Fix it! 👏 Demonstrated by ...**
👍 👎  Reply                                                              Cowboy Slots ✔
                                                                        3.1M views • 11 months ago
**@brown_and_curly_ne_girly4551** 1 month ago
I live in Omaha... I need the tea?                                      **Teen Smiles in Court, Thinks**
👍 👎  Reply                                                              **Family's With Her — Until They ...**
                                                                        Women Of Crime ✔
**@BrittanyGlaze** 1 month ago (edited)                                 2.3M views • 2 months ago
WAIT!!!! I literally just paused to guess😂😂😂...... It's a man pedo???? 😮
Read more                                                               **Special Ed Teacher Had Sex**
👍 👎  Reply                                                              **With Student 45 Times: ...**
                                                                        Law&Crime Network ✔
**J**  **@Transit-i6v** 2 months ago                                   607K views • 1 month ago
Someone call CPS in a state that claims children's welfare...
👍 👎  Reply                                                              **Sam Hunt - Take Your Time**
                                                                        **(Official Music Video)**
**E**  **@Esther-lm6pm** 2 months ago                                  Sam Hunt ✔
HE'S BEEN BANNED FROM YOUTUBE. NO MORE DINESH                          272M views • 10 years ago
👍 👎  Reply
                                                                        **Racist Cop Harasses Black**
                                                                        **Judge at Gas Station—Costs ...**
                                                                        Law Enforcement TV
                                                                        324K views • 1 month ago

                                                                        **Lyfe Jennings - Must Be Nice**



Help                                                                                        ⦿ 🛜 🔋 Q 🖥 ● Thu Feb 19 11:46 AM

● ● ●   ▭ ⌄   ‹                              ⬚          🔖 youtube.com              ⟳              ⬆ + ⬚

▶ EXCLUSIVE...   G   ⑤   ⓘ   ♪   ♛   M   ▲   ⑤   pj   G   ⑤   ⬚   🅕

☰  ▶ YouTube              danesh                          ✕   Q   🎤        + Create   🔔   👤

                                                                    1:37:14

**@philnight9563** 3 weeks ago

42:16

Bro, I have been a single father for the last 25 years no help no child support. I figured it out on my own. I have a son and a daughter! What's your problem dude you actually make me want to 🤮 ! you're absolutely disgusting and you need to stay off the Internet and stay away from young children! Actually all women!

👍 8  👎   Reply

**@IAMCCSuarez** 3 weeks ago

Oh brother this guy stinks. Danesh I emailed you 🤚 🤚 I'm tapping in.

👍 12  👎   🔴  Reply

> **@ThatDaneshGuy** ✓ 3 weeks ago
>
> Do you need my email
>
> 👍 2  👎   Reply
>
>> **@IAMCCSuarez** 3 weeks ago
>>
>> @ThatDaneshGuy pretty sure i already have it. But just incase can you email me Chelsea@ chelseasuarez.com
>>
>> 👍 1  👎   Reply

Hide replies ⌃

**@TreeanuLeaves** 4 weeks ago

35:04 giving real vegan gains energy, right here. get a more solid table.

👍 1  👎   Reply

**@TreeanuLeaves** 4 weeks ago

29:20 stalker vibes too but he gets a pass

👍 2  👎   Reply

**@Sammerson007** 4 weeks ago

43:15 So basically he's having an existential crisis because his daughter will be going through puberty soon and that means he'll no longer be smexually attracted to her.

👍 3  👎   Reply

---

**ANTM Netflix Doc: Jay Manuel and Nigel Barker REACT to Tyr...**
Entertainment Tonight ✓
188K views · 1 day ago
New

**We Just Received A New Nancy Guthrie Ransom Demand | TMZ**
TMZ ✓
412K views · 23 hours ago
New

**Jaheim - Put That Woman First (Official Music Video) | Warner ...**
Warner Records
141M views · 8 years ago

**30 Minutes With Holy Spirit: Deep Prayer & Prophetic ...**
DappyTKeys ✓
4.7M views · 6 years ago

**Accepted**
Comedy · 2006
Free with ads   PG-13

**QUIET TIME WITH JESUS - Soaking worship instrumental ...**
Central Record ✓
1M views · 9 months ago

**Florida Principal's Son Grilled Over Child Porn on Computer**
Law&Crime Network ✓
446K views · 1 month ago

**Craziest NFL "Unsportsmanlike" Moments**









**Super dad (9)**    ✕

04  Normally, I just do one story and move on, but you want to continue dragging this out for what??? #childrenarenotcontent

9192 views

05  #superdadoffical2 #nebraska

56.6K views

06  RSO with crimes against children should not be on any social media and I will fight for that! #havethedayyoudeserve

8975 views

07  We're done here. I will continue to save every single video every single picture of people's homes that you decide to post and I guess we'll see what the court decides on that. Continuously...

52.8K views



## Super dad (9)

**06**  RSO with crimes against children should not be on any social media and I will fight for that! #havethedayyoudeserve

8975 views

**07**  We're done here. I will continue to save every single video every single picture of people's homes that you decide to post and I guess we'll see what the court decides on that. Continuously...

52.8K views

**08**  Making videos back to back just so that someone will talk about you is wild. I've given you enough attention and I'm done with it.

5263 views

**09**  Replying to @ReyGonzo #superdadoffical2 #nebraska

33.2K views





**P3do Jeromy (3)**

01 — Jeromy Wilson out of Nebraska is a 3x convicted SA offender who exploits his child for most of his monitozed income and is trying to get his new page monitozed as well. #children #safety …
18.5K views

02 — Jeromy Wilson. Let's stop posting people's houses on the ole tick tock. I can do this all day. Also defamation is for FALSE statements. #school #teachersoftiktok #parents …
4804 views

03 — Jeromy is on a lifetime registry because he deserves to be. @thelawsuitguy2026 is his new account. Let's take care of that account together shall we. #court #child #crime #true #sahm…
2268 views



**An Omaha Creep - Beezy and I discuss "superdad" while review Danesh's recent video**

**Critical True Crime**
474 subscribers

Subscribe

👍 11    👎    ↪ Share    🔖 Save    ✂ Clip    •••

309 views  Streamed live on Nov 15, 2025  #Omaha #truecrime #Tiktok
An Omaha Creep - Beezy and I discuss "superdad" while review Danesh's recent video.

I recently came across @thatdaneshguy video covering "superdad" and the fall out of past, his platform, and the creepy stuff he is currently up to in Omaha. I started following Beezy on Tiktok and asked if he'd like to come on and share more of his perspective.

Please check out Danesh's video  ▶ • EXCLUSIVE: Tiktoker with 100k+ Followers i...

And Beezy's Tiktok  ⊘ / imnotbeezy

#Omaha #truecrime #Tiktok #superdad

🎙 New to streaming or looking to level up? Check out StreamYard and get $10 discount! 😍
https://streamyard.com/pal/d/59553217...

### Sidebar

High School Prank Kills Mom of Four
Law&Crime Investigates ✓
7.7M views • 3 weeks ago
36:05

Most Brutal One Round Fights in UFC History 🔥
UFC ✓
7.4M views • 1 year ago
1:25:09

Kal-El vs Justice League | Justice League [UltraHD, HDR]
Flashback FM ✓
73M views • 6 years ago
4:57

What Every Body Fat % Actually Looks Like (50% to 5%)
Jeff Nippard ✓
10M views • 3 months ago
34:08

International identity theft ring uncovered after Omaha man ...
First Alert 6
82K views • 8 days ago
3:23

Social Worker With Gun Caught Sexually Abusing Teen Boy
Law&Crime Network ✓
581K views • 2 days ago
New
28:41

Clueless
Comedy • 1995
Free with ads  PG-13
1:37:14

Video: FOX23 Investigates: BA couple puts sign in yard ...
FOX23 News Tulsa
1.5M views • 6 days ago
New
7:04

Help

tiktok.com

A 3x CONVIC...   Instagram   Shannon Lyn...   Facebook   M (1) - djjilk201...   My Drive - G...   G how to take s...   M jessicadrews...   Apify Store   G us court nebr...

Superdadofficial, Jeromy Wilson   inbox

Find related content

doxxedvictims   8:01PM
to holleyrussell123@gmail.com, me

Pass this email on to anyone   Megan
Renee, Critical True Crime   needs to
know what they are gettin

You may not know this   an
has 5 defamation laws
ooking good for him. H
ilings, the judge has a
out Danesh himself. I   y,
attorney's fees. The i
epercussions. If he's
close to $2 million do
not automatic if you
eimbursed only und
agrees. Danesh doe
sole source of incom
work. He has admit
haters will do to hi
rom a church. Sa
e in financial rui
buy a home
anesh

**shannonlynne94**
Shannon Lynne 🦋💙🎀 · 1-13                    Follow

@The Megan Renee @Danesh #superdadofficial #creepy
#predator #fyp

🎵 original sound - Shannon Lynne 🦋💙🎀

❤️ 52    💬 7    🔖 2           🔄 ⟨/⟩ 7 🟢 📘 ↪

https://www.tiktok.com/@shannonlynne94/video/759...   **Copy link**

Comments (7)                    Creator videos

criticaltruecrime
I've been waiting for Supersad to come by since he    ♡
doxed me 🪭🪭🪭 Still waiting....                          0
1-13   Reply

criticaltruecrime
@Pam_Dingle72                                          ♡
1-13   Reply                                           0

                                                    Hide ⌃

**Amanda**                                             ♡
                                                        2

1-13   Reply 🌸

Add comment...                              @ ☺ Post







Help

(12) TikToker SuperDadOfficial EXPOSED AND BANNED for being a S3X OFFENDER - YouTube          The Megan Renee (@megan_renee215) | TikTok

☰  ▶ YouTube                    danesh                                              ✕  Q  🎤                    + Create

# TikToker SuperDadOfficial EXPOSED AND BANNED for being a S3X OFFENDER

CC Suarez          Join    Subscribe          👍 5.5K   👎    ↗ Share    ✦ Ask    🔖 Save    •••
217K subscribers

102,796 views  Jan 30, 2026  #CCSUAREZ #SCAM #tiktok
You can go to my sponsor https://aura.com/ccsuarez to try 14 days for free. That's enough time for Aura to start scrubbing your
personal info off these data broker sites, without you lifting a finger.

CONNECT  WITH  ME :
Podcasts-  @eLIESabeth  @OkayestDaughtersPodcast
All social media, merch & shop my posts-
https://linktr.ee/iamccsuarez
PO Box: 3690 W Gandy BLVD 150 Tampa, FL 33611

MENTIONED IN THIS VIDEO:
• bitly and rstyle links are affiliate links.*

@ThatDaneshGuy
▶ • EXCLUSIVE: Tiktoker with 100k+ Followers i...

BRANDONS GO FUND ME:
https://gofund.me/b35d47ad9
BRANDONS TIKTOK- https://www.tiktok.com/@imnotbeezy?is...

MEGANS TIKTOK ⊘ / megan_renee215

REACTION CLIP SUBMISSIONS:
Upload the clip/recording to Google Drive, then email me the link/share access with my email Chelsea@chelseasuarez.com

VIDEO SUGGESTIONS: Email me your topic suggestions to Chelsea@chelseasuarez.com. Please include ' Video Topic Suggestion' in
the subject line. Also, include sources/links and why you think I should do a video on the subject.

Management/PR Inquiries - contact@tablerock.com

#CCSUAREZ #SCAM #tiktok

This exposé dives into the past of a TikToker, exploring multiple alleged incidents and legal battles. The video...    ✦ Summary  ⌄

MAYNARD
Documentary • 2018
Free with ads  TV-14
1:39:55

TOM VE JERRY | Çifte
Kovalamaca | #YENİ ŞOV | ...
Cartoon Network Türkiye ✓
229M views • 9 months ago
23:28

🕯 Christmas Catholic Prayer
Live — Gregorian Chants for ...
The Praying Monk
1.3K watching
LIVE

TikTok 'SuperDad ' PED0
Jeromy Wilson JUST GOT ...
CC Suarez
50K views • 12 days ago
29:10

Demolition Man
Action & adventure • 1993
Free with ads  R
1:54:59

Entitled College Professor Calls
911 on Herself | Criminal ...
CLR Bruce Rivers ✓
156K views • 5 days ago
New
33:55

Exposing Jeffrey Epstein's sex
trafficking empire | 60 Minutes ...
60 Minutes Australia ✓
3.6M views • 3 months ago
1:11:46

Tanker Pablo Explodes in the
South China Sea | Rescue ...
What's Going on With Shipping?
427K views • 2 years ago
15:37



Help        ▶ 🤍 🔋 Q 🖥 ▪   Thu Feb 19 12:30 PM

● ● ●   ▭ ⌄   ‹ ›    🖥    youtube.com    ↻    ↑ + ◻

▶ (12) TikTok 'SuperDad ' PED0 Jeromy Wilson JUST GOT WORSE - YouTube      ♪ The Megan Renee (@megan_renee215) | TikTok

☰   ▶ YouTube      danesh      ✕   Q   🎤     + Create   🔔⁹⁺   👤

## TikTok 'SuperDad ' PED0 Jeromy Wilson JUST GOT WORSE

👤 CC Suarez    Join   **Subscribe**    👍 3.3K   👎   ↗ Share   ✦ Ask   🔖 Save   •••
   217K subscribers

**50,632 views  Feb 6, 2026**   #bbpartner #CCSUAREZ #SCAM
FREE TOYS OR GIFT CARDS FOR TOYS! Everyone who signs up to my giveaway with @bellesaco wins something!
https://www.shopbboutique.co/vibe/che... #bbpartner

CONNECT WITH ME :
Podcasts- @okayestdaughterspodcast @eliesabethpodcast
All social media, merch & shop my posts-
https://linktr.ee/iamccsuarez
PO Box: 3690 W Gandy BLVD 150 Tampa FL 33611

MENTIONED IN THIS VIDEO:
- bitly and rstyle links are affiliate links.*

My deep dive on Jeromy SuperDad  ▶ • TikToker SuperDadOfficial EXPOSED AND BANN...

Daneshs video:  ▶ • EXCLUSIVE: Tiktoker with 100k+ Followers i...

REACTION CLIP SUBMISSIONS:
Upload the clip/recording to Google Drive, then email me the link/share access with my email Chelsea@chelseasuarez.com

VIDEO SUGGESTIONS: Email me your topic suggestions to Chelsea@chelseasuarez.com. Please include ' Video Topic Suggestion' in the subject line. Also, include sources/links and why you think I should do a video on the subject.

Management/PR Inquiries - contact@tablerock.com

#CCSUAREZ #SCAM #tiktok

This follow-up video examines a TikTok "SuperDad"'s escalating legal actions. The creator analyzes emails...   ✦ Summary ⌄

### Sidebar recommendations

**Teacher Realizes Cops Discovered Her Disgusting ...**
EWU Bodycam
6.3M views • 2 months ago    22:21

**Vintage frame TV art blue floral hydrangeas TV screensaver ...**
Zaza Digital Art
18K views • 11 months ago    2:00:01

**Drop Dead Gorgeous**
Comedy • 1999
Free with ads   PG-13    1:37:53

**KhalieTheFlowerGirl: The Predator, The Fraud, And The ...**
Repzilla ✓
112K views • 2 weeks ago
Fundraiser    1:03:22

**TIKTOKERS 'GULFCOAST STAPLETONS' PRISON CALLS ...**
CC Suarez
156K views • 5 months ago    52:25

**Fake DJs Compilation**
FackingDrops
7.3M views • 5 years ago    6:29

**NFL Angriest Moments of All Time**
Coleman Productions Highlights ✓
6.8M views • 6 years ago    13:38

**Social Worker With Gun Caught Sexually Abusing Teen Boy**
Law&Crime Network ✓

👍 19  👎  **Reply**

**@poppinsh.7820** 3 months ago (edited)
"Hold on, pot calling the kettle, pedo"?!? 😂 😂 😂 I legit spit out my tea!
And, yes, we'd tell you if you were being cringey.
Great video - worth the wait.

👍 22  👎  **Reply**

**@katrina-or** 3 months ago
😂😂

👍  👎  **Reply**

**Hide replies** ∧

**@Msangelica4444** 3 months ago
Thanks for proving that he already is at fault for the social media because that is how we met. Via Facebook. He did ask for my ID though.

👍 28  👎  **Reply**

**@ThatDaneshGuy** ✓ 3 months ago (edited)
You saw my video! If there's anything we can do to support you, please let me know

👍 14  👎  **Reply**

**@janefrost1856** 3 months ago
Hoping that you're ok, and can get support, good wishes from the UK

👍 3  👎  **Reply**

**@crimsonfirelily** 3 months ago
I am so sorry. 😢 Been there. It's horrible. 😔 🙏

👍 2  👎  **Reply**

**Hide replies** ∧

**@thejackneedham** 3 months ago
He shouldn't have custody of that young child.

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

JEROMY WILSON,
　　　Plaintiff,
vs.
DANESH NOSHIRVAN,
　　　Defendant.

Case No. 8:25-cv-00635-JMG-JMD

# EXHIBIT D

### Ex Parte Harassment Protection Order
Case No. 8:25-cv-00635-JMG-JMD

### PROTECTION ORDER DETAILS

Issuing Court:
District Court of Douglas County, Nebraska

Protection Order Case No.:
CI-25-8367

Protected Parties:
Jeromy Wilson and Avalynn Dunn-Wilson (minor daughter)

Respondent:
Brandon Taylor (@imnotbeezy / "VOICE OF THE VOICELESS BEEZY")

Effective Date:
October 1, 2025

Expiration Date:
October 1, 2026

Current Status:
**ACTIVE**

### RELEVANCE TO DECLARATION

The order prohibits Brandon Taylor from contacting, harassing, threatening, or otherwise

disturbing the peace of Plaintiff Jeromy Wilson or his minor daughter Waylnn Dann Wilson.

**October 1, 2025:** Protection order takes effect.

**October 30, 2025 (29 days later):** Defendant publishes "Let's help Brandon against Jeromy Ray Wilson," actively mobilizing his audience of 184,000 subscribers in support of the protection order respondent.

**November 15, 2025:** Brandon Taylor appears on screen in the Critical True Crime YouTube Live alongside Defendant's content, jointly reviewing Defendant's video about Plaintiff while the order is active.

**January 30 and February 6, 2026:** CC Suarez publishes two monetized videos, starts a GoFundMe for Brandon Taylor, and links his TikTok account -- providing direct financial and promotional support to the protection order respondent.

[ INSERT PROTECTION ORDER PAGES BEHIND THIS COVER PAGE ]

| Image ID<br>D01001564D01<br><br>Form 19-4<br>Neb. Rev. Stat. §§ 26-101 et. seq. | EX PARTE HARASSMENT<br>PROTECTION ORDER | Case Number<br>CI-25-8367<br><br>Document Number<br>1001564 |
|---|---|---|

IN THE DISTRICT COURT OF __Douglas__ COUNTY, NEBRASKA

### EX PARTE HARASSMENT
### PROTECTION ORDER

Jeromy Wilson
Avalynn Dunn-Wilson
                    Petitioner

VS.
Brandon Taylor
                    Respondent                    __ RENEWAL

**The protected party(ies) of this Order is/are:**

1. Jeromy Wilson
2. Avalynn Dunn-Wilson
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

THE COURT, having received the Petition and Affidavit for a Harassment Protection Order from the petitioner finds:

· the court has jurisdiction of the parties and subject matter.
· a Harassment Protection Order pursuant to the Protection Orders Act should be issued.
· it reasonably appears from the specific facts included in the Petition and Affidavit that irreparable harm, loss or damage will result before this matter can be heard on notice.
· that a Harassment Protection Order should be issued without prior notice and hearing.
· the respondent has been or will be provided with reasonable notice and opportunity to be heard.

Only the Court can change this Harassment Protection Order.

THE COURT, upon review of the Petition and Affidavit, finds that the petitioner(s) has/have stated facts showing that the respondent engaged in a knowing and willful course of conduct directed at a specific person which seriously terrifies, threatens, or intimidates the person and which serves no legitimate purpose.

IT IS ORDERED, unless otherwise dismissed or modified by order of the court, a Harassment Protection Order against the respondent is granted.

The protection order is for a period of at least one (1) year and no more than two (2) years from the date of this order unless dismissed or modified by the court.

This Harassment Protection Order is valid beginning on 10/01/2025 and ending on 10/01/2026 .

The petitioner(s)/protected party(ies) is/are granted the following relief:

__X__ 1. The respondent must not impose any restraint upon the person or liberty of the petitioner(s)/protected party(ies).

__X__ 2. The respondent must not harass, threaten, assault, molest, attack, or otherwise disturb the peace of the petitioner(s)/protected party(ies).

__X__ 3. The respondent must not telephone, contact, or otherwise communicate with the petitioner(s)/protected party(ies).

____ Other relief granted by the court:

_____
_____
_____
_____
_____
_____
_____

Page 2 of 3

The respondent may appear and explain the reason why this order should not remain in effect for the period listed on this Harassment Protection Order or renewal of the Harassment Protection Order. If the respondent wishes to appear, the respondent must enter their current address, telephone number, and signature on the Request for Hearing form provided. The respondent must return the form to the clerk of the district court within ten (10) business days after being served with the protection order.

This order shall remain in effect during the time prior to the hearing.

Costs are waived unless otherwise ordered by the court.

A copy of this Order and a copy of the Petition and Affidavit will be served on the respondent by the sheriff or their designated representative. Two (2) certified copies of this Order will be provided to the petitioner(s). The copies to the petitioner(s) may be provided electronically.

### WARNING TO RESPONDENT REGARDING FEDERAL LAWS

· A Protection Order entered against you by this court is enforceable in all fifty states, the District of Columbia, tribal lands, and U.S. territories. (18 U.S.C. § 2265).
· Crossing state, territorial, or tribal boundaries to violate this Protection Order may result in federal imprisonment (18 U.S.C. § 2262).
· If a Protection Order is entered against you by this court, there may be federal penalties for possessing, transporting, or accepting a firearm or ammunition. (18 U.S.C. § 922(g)(8)).

DATED on: <u>October 1, 2025</u>

JUDGE - Sheryl Lohaus

Printed on 10/01/2025 at 5:04 P.M.

Page 3 of 3

CASE FILE COPY

