FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 25 AM 9: 49

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

JEROMY WILSON,
    Plaintiff,

vs.

DANESH NOSHIRVAN,
    Defendant.

Case No. 8:25-cv-00635-JMG-JMD

## PLAINTIFF'S MOTION FOR PERMISSION TO USE ELECTRONIC DEVICES DURING COURT PROCEEDINGS
### (NEGenR 1.6)

Plaintiff Jeromy Wilson, appearing pro se, respectfully moves this Court pursuant to NEGenR 1.6 for an Order granting Plaintiff permission to use a laptop computer, tablet, or similar electronic device during all hearings, conferences, and trial proceedings in this matter. In support, Plaintiff states as follows:

1. Plaintiff is a pro se litigant proceeding without the assistance of counsel. Defendant is represented by Taylor Wemhoff of Liberty Law Group. This creates an inherent asymmetry in courtroom resources: Defendant's counsel has the benefit of legal training, support staff, case management systems, and institutional familiarity with procedural and evidentiary rules. Plaintiff has none of these resources.

2. NEGenR 1.6 prohibits the use of electronic devices in the courtroom without the permission of the court. Plaintiff respectfully requests that permission here. This request is consistent with the rule's framework, which contemplates that permission may be granted when appropriate.

3. Access to an electronic device during proceedings would allow Plaintiff to: (a) reference the operative First Amended Complaint (Filing no. 23) and all other filings in the case;

(b) access the Federal Rules of Civil Procedure, Federal Rules of Evidence, and the Local Rules of the District of Nebraska during hearings; (c) review exhibits and evidence in an organized and efficient manner; (d) take contemporaneous notes to preserve the accuracy of the record; and (e) present arguments with the same level of preparedness that opposing counsel achieves through legal training and professional resources.

4. This case involves a substantial factual record, including nine identified primary video publications with specific timestamps, an amplification network of seven identified third-party creators, documented platform analytics, and over 56 pages of exhibits. The ability to efficiently navigate this record during proceedings is essential to Plaintiff's capacity to present and defend his claims.

5. Courts routinely grant pro se litigants permission to use electronic devices to ensure meaningful access to the judicial process. *See, e.g.,* ADA Title II, 42 U.S.C. § 12132 (requiring meaningful access to public services); *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (pro se filings held to less stringent standards); *see also* NEGenR 1.3(g) (pro se parties are bound by all rules, underscoring the need for access to those rules during proceedings).

6. Plaintiff will comply with all courtroom decorum requirements. The device will be used solely for case-related purposes. Plaintiff will silence all notifications and alerts, will not use the device for communication during proceedings, and will comply with any additional conditions the Court may impose.

7. Granting this motion will not prejudice Defendant, disrupt proceedings, or burden the Court. It will promote the orderly presentation of a factually complex case and ensure

that Plaintiff can meaningfully participate in proceedings on equal footing with represented counsel.

8. Plaintiff has conferred with counsel for Defendant, Taylor Wemhoff of Liberty Law Group, regarding this motion. Defendant's counsel has indicated that there is no objection to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff permission to use a laptop computer, tablet, or similar electronic device during all hearings, conferences, and trial proceedings in this matter, subject to such conditions as the Court deems appropriate.

Respectfully submitted,

/s/ Jeromy Wilson
Jeromy Wilson
Plaintiff, Pro Se
4213 Corby Street
Omaha, NE 68111
(402) 415-9016
Djjik2015@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I filed the foregoing Motion for Permission to Use Electronic Devices During Court Proceedings with the Clerk of the United States District Court for the District of Nebraska. Upon docketing by the Clerk, the Court's CM/ECF system will automatically transmit a Notice of Electronic Filing to all counsel of record, including counsel for Defendant. In addition, a copy of the foregoing has been served upon counsel for Defendant via direct email at the email address of record:

Taylor Wemhoff
Liberty Law Group
taylor@libertylawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2026

/s/ Jeromy Wilson
Plaintiff, Pro Se
4213 Corby Street
Omaha, NE 68111
Djjik2015@gmail.com