IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY WILSON,

               Plaintiff,

vs.

DANESH NOSHIRVAN,

               Defendant.

**8:25CV635**

**FINAL PROGRESSION ORDER**

IT IS ORDERED that the final progression order is as follows:

1)     The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on January 5, 2027 at **9:00 a.m.** by telephone. Plaintiff and Counsel for Defendant shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadline for initial mandatory disclosures (including the listing of all witnesses and exhibits the party intends to use at trial) is April 10, 2026.

3)     The deadline for moving to amend pleadings or add parties is June 8, 2026

4) The deadline for completing[1] written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 20, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 3, 2026

   **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (<u>Fed. R. Civ. P. 26(a)(2)(B)</u>), and non-retained experts, (<u>Fed. R. Civ. P. 26(a)(2)(C)</u>), are:

   | | |
   |---|---|
   | For the plaintiff(s): | October 19, 2026 |
   | For the defendant(s): | November 18, 2026 |
   | Plaintiff(s) rebuttal: | December 2, 2026 |

6) The deposition deadline is January 4, 2027

7) The deadline for filing motions to dismiss and motions for summary judgment is February 1, 2027.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 1, 2027.

9) Motions in limine shall be filed twenty-eight days before the trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

10) As with defense counsel, the plaintiff is reminded that to follow the Federal Rules of Civil Procedure and this court's Local Rules.

---

[1] "Completed" means the discovery answers or responses to written discovery have been served. As such, written discovery must be served sufficiently in advance of the discovery completion deadline to afford the responding party the time permitted under the discovery rules to answer or respond.

The Federal Rules of Civil Procedure are posted online at:

https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure

The Local Rules for the United States District Court for the District of Nebraska are posted on the court's website at:

http://www.ned.uscourts.gov/attorney/local-rules

Court resources for parties proceeding without an attorney can be found on the Nebraska federal court's website at:

http://www.ned.uscourts.gov/public/proceeding-without-an-attorney

Standard forms for case and trial preparation, including subpoena forms, are posted on the Nebraska federal court's website at:

http://www.ned.uscourts.gov/forms

11)   The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website at:

https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management

12)   As with defense counsel, the plaintiff is reminded:

a. A party must not speak with the court, or with the opposing party, unless the attorney for the opposing party is also present or on the telephone;

b. Any written communications, such as letters or emails, to the

opposing party must be sent to only the opposing party's attorney;

c.  If the plaintiff sends any filings, letters, or emails to the court, a copy must also be sent to the attorney for the opposing party; and

d.  If the plaintiff changes his address or phone number, he must immediately advise the court and the attorney for the opposing party of this change.

13)    The court provides the following information, current as of the date of this order, to assist the parties with their communications:

| **Plaintiff:** | **Defense Counsel:** |
|---|---|
| Jeromy Wilson | Taylor Wemhoff |
| 4213 Corby Street | Liberty Law Group |
| Omaha, NE 68111 | 13321 California Street |
| 402-415-9016 | Suite 300 |
| djjiik2015@gmail.com | Omaha, NE 68154 |
| | 402-968-9537 |
| | taylor@libertylawgroup.com |

14)    The parties shall not contact the court about a problem until they have first tried, but failed, to resolve the problem themselves.

15)    All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 9th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge