IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY WILSON, | |
| Plaintiff, | **8:25CV635** |
| vs. | |
| DANESH NOSHIRVAN, | **ORDER** |
| Defendant. | |

This matter is before the Court on non-party Joseph Anthony Camp's motion to intervene. Filing No. 47. Camp moves to intervene because he claims an interest as a judgment creditor in any property awarded in this action to Danesh Noshirvan. It is unclear what property Camp believes Noshirvan will recover in this action. Camp mistakenly believes Noshirvan is the plaintiff. Noshirvan is the defendant and has not asserted a claim to recover any property. Noshirvan is requesting the Court award attorney fees for the cost of defending the action. Filing No. 43.

To the extent Camp is claiming an interest in any attorneys' fees Noshirvan might recover, intervention is not appropriate pursuant to Federal Rule of Civil Procedure 24(a). Camp's interest in attorneys' fees or other relief hypothetically awarded to Noshirvan is "contingent on the occurrence of a sequence of events before it becomes colorable" and amounts to nothing more than an "economic interest in the outcome of the litigation." *Med. Liab. Mut. Ins. Co. v. Alan Curtis LLC*, 485 F.3d 1006, 1008 (8th Cir. 2007).

1

Moreover, intervention pursuant to Federal Rule of Civil Procedure 24(b) is not appropriate. There is no common question of law or fact and permitting intervention would unduly delay and prejudice the adjudication of the original parties' rights.

Accordingly,

IT IS ORDERED:

1) Camp's motion to intervene, Filing No. 47, is denied.
2) The Clerk of the Court shall mail a copy of this Order to Camp at his address of record. The Clerk shall then terminate Camp from the docket.

Dated this 6th day of April, 2026.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge

2