**Jeromy Wilson**
4213 Corby Street
Omaha, NE 68111
(402) 415-9016
djjik2015@gmail.com

April 12, 2026

Clerk of Court
United States District Court
District of Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

**RE:** Request for Exemption from PACER User Fees

*Wilson v. Noshirvan*, Case No. 8:25-cv-00635-JMG-JMD

*Wilson v. City of Omaha*, Case No. 8:26-cv-00013-JFB-RCC

Dear Clerk of Court:

I am a pro se plaintiff in the above-referenced cases pending before this Court. I respectfully request an exemption from payment of PACER user fees pursuant to the Electronic Public Access Fee Schedule issued under 28 U.S.C. §§ 1913, 1914, 1926, 1930, and 1932, which authorizes courts to exempt certain persons or classes of persons from payment of the user access fee, including indigent individuals.

**Basis for Request.** This Court has already granted me leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in *Wilson v. Noshirvan*, Case No. 8:25-cv-00635-JMG-JMD. The financial circumstances supporting that determination have not changed. I continue to meet the standard for indigency as established in my IFP application on file with this Court.

**Need for PACER Access.** As a pro se litigant with two active federal cases in this District, I require regular PACER access to monitor docket activity, review filings by opposing counsel, retrieve court orders, and prepare filings in compliance with the Federal Rules of Civil Procedure, the Local Rules of the District of Nebraska, and the Court's scheduling orders. My anticipated

PACER usage will exceed the $30.00 quarterly automatic waiver threshold due to the active discovery and motion practice schedules in my cases. Without an exemption, PACER fees would impose an unreasonable financial burden on my ability to effectively prosecute my claims and comply with Court deadlines.

**PACER Account Information.** My PACER username is: JWilson1986. I request that the exemption be applied to both above-referenced cases and any future cases I may file in this District during the period of my IFP status.

The Judicial Conference's guidelines recognize that exemptions are appropriate where necessary to avoid unreasonable burdens and to promote public access to information. As an IFP-qualified pro se litigant, I fall squarely within the class of persons contemplated for exemption. I respectfully request that this Court grant this exemption and direct the PACER Service Center to update my account accordingly.

Thank you for your consideration of this request. I am available to provide any additional information the Court may require.

Respectfully submitted,

Jeromy Wilson
Plaintiff, Pro Se
4213 Corby Street
Omaha, NE 68111
(402) 415-9016
djjik2015@gmail.com