IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY WILSON,

Plaintiff,

vs.

DANESH NOSHIRVAN,

Defendant.

8:25CV635

**MEMORANDUM AND ORDER**

This matter is before the Court on several motions filed by pro se Plaintiff Jeromy Wilson. Plaintiff moves to amend his complaint for the second time, Filing No. 37, requests the Clerk issue summons, Filing No. 41, moves the Court to order service of process by U.S. Marshal, Filing No. 42, and moves the Court to appoint counsel for A.D.W., his minor daughter. Filing No. 40.

First, Plaintiff timely moves for leave to file a Second Amended Complaint. *See* Filing No. 33. Since this is Plaintiff's second amendment, he may only amend with the opposing party's written consent or leave of Court. The Court should "freely give leave" to amend "when justice so requires." Fed. R. Civ. Proc. 15(a)(2). Plaintiff indicated in his motion that Defendant did not object to the proposed amendment and Defendant did not timely file a response in opposition. Plaintiff seeks leave to amend to add claims against two new defendants: Chelsea Suarez and Table Rock Management, LLC. He also adds additional claims and facts pertaining to existing Defendant Danesh Noshirvan. Upon considering the circumstances and Plaintiff's proposed amended complaint, Plaintiff's motion to amend is granted. Plaintiff shall file a copy of the proposed Second Amended Complaint attached to his motion on or before April 20, 2026.

1

Additionally, Plaintiff's motion for service by U.S. Marshal is granted for the reasons set forth in the Court's prior Order on this issue. *See* Filing No. 13. Plaintiff requested the Clerk issue summons when he filed his motion to amend. However, he included A.D.W. on the caption of the summons and, as discussed below, A.D.W. is not a plaintiff in this action. Plaintiff's request for the Clerk to issue summons, Filing No. 41, is denied. When Plaintiff files the Second Amended Complaint, he shall re-request summons from the Clerk with the correct parties listed in the caption. The Clerk shall forward the issued summons and Second Amended Complaint to the U.S. Marshal for service as set forth in more detail below.

The Court now turns to Plaintiff's motion for appointment of counsel. Plaintiff asserts he is amending his complaint to add his minor daughter, A.D.W., as a co-plaintiff. Filing No. 49. The problem is, even liberally construed, the proposed second amended complaint is devoid of claims Plaintiff is supposedly bringing on A.D.W.'s behalf. The claims in the proposed second amended complaint all arise out of Defendants' alleged tortious acts towards Plaintiff, not A.D.W. Plaintiff alleges Defendants defamed and conspired to defame Plaintiff, placed Plaintiff in a false light, intentionally inflicted emotional distress on Plaintiff, and induced others to harm Plaintiff. While Plaintiff alleges A.D.W. was also harmed by Defendants' actions, he never alleges what facts and claims entitle A.D.W. to remedy or recover damages for this harm. Since A.D.W. is not a party to this lawsuit, either now or when Plaintiff files the Second Amended Complaint, there is no need to appoint her counsel. Plaintiff's motion for appointment of counsel is denied.

Accordingly,

IT IS ORDERED:

1)   Plaintiff's Motion for Leave to File Second Amended Complaint, Filing No. 37, is granted. **Plaintiff shall file a copy of the proposed Second Amended Complaint attached to his motion, Filing No. 37-1, on or before <u>April 20, 2026</u>**. Since Plaintiff includes A.D.W.'s full name in the Second Amended Complaint, Plaintiff shall file an unredacted version under restricted access and shall file a version on the public docket with A.D.W.'s full name redacted. Plaintiff shall serve the unredacted version of the

Second Amended Complaint on counsel for Danesh Noshirvan by other appropriate means. *See* General Order No. 2025-04; Fed. R. Civ. Proc. 5.

2)    Plaintiff's Motion for Service by United States Marshal, Filing No. 42, is granted.

3)    Plaintiff's request for the Clerk to issue summons, Filing No. 41, is denied. Plaintiff shall re-request summons with the correct parties listed in the caption when he files the Second Amended Complaint.

4)    For service of process on Chelsea Suarez, the Clerk is directed to complete a USM-285 form using this address:

> Chelsea Suarez
> 4502 S. Gaines Road
> Tampa, FL 33611

5)    For service of process on Table Rock Management, LLC, the Clerk is directed to complete a USM-285 form using this address:

> Table Rock Management, LLC
> c/o Corporation Service Company (Registered Agent)
> 2710 Gateway Oaks Drive
> Sacramento, CA 95833

6)    Once the Second Amended Complaint is filed and summons issued, the Clerk shall forward the completed USM-285 forms and summons along with a copy of the Second Amended Complaint to the United States Marshals Service for service upon Chelsea Suarez and Table Rock Management, LLC by certified mail or other authorized method. The Marshal shall serve the summons and Second Amended Complaint without payment of costs or fees.

7)    Plaintiff's Motion for Appointment of Counsel for Minor A.D.W., Filing No. 40, is denied.

3

4

Dated this 13th day of April, 2026.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge