IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROMY WILSON,

        Plaintiff,

v.

DANESH NOSHIRVAN, CHELSEA
SUAREZ, and TABLE ROCK
MANAGEMENT, LLC.

        Defendants.

Case No. 8:25-CV-00635 – JMG-JMD

**DEFENDANT TABLE ROCK
MANAGEMENT, LLC'S MOTION FOR
EXTENSION OF TIME TO FILE AN
ANSWER OR MOTION PURSUANT
TO FED. R. CIV. P 12**

Defendant Table Rock Management, LLC ("Table Rock"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), 12(a)(1)(A)(i) and 12(b) and NECivR 7.1(a)(1)(B), hereby moves this Court for an order extending the time in which to file an answer or responsive pleading, not to exceed 14-days, through and including June 4, 2026, in which to serve an answer to plaintiff's second amended complaint (jury trial demanded) or a motion under Federal Rule of Civil Procedure 12(b) or (e) to the complaint. For good cause, Table Rock states as follows:

1.      Table Rock is an out-of-state entity served with the second amended complaint (Filing No. 55) on April 30, 2026. Table Rock took active steps to retain counsel for this action after service and the undersigned was retained by Table Rock on May 12, 2026. The second amended complaint includes 91 paragraphs and, with attachments, embodies 60 pages (Filing No. 55). Table Rock's request through this motion is filed before the original time to file an answer or motion under Federal Rule of Civil Procedure 12(b) or (e) to the complaint.

WHEREFORE, Table Rock respectfully requests this Court grant its motion for extension of time, for an additional two weeks after Table Rock's initial answer date, which is through and including June 4, 2026, to file an answer to the second amended complaint or a

4933-9030-4682.1

motion under Federal Rule of Civil Procedure 12(b) or (e) in response to plaintiff's second amended complaint.

Dated this 13th day of May, 2026.

TABLE ROCK MANAGEMENT, LLC,
Defendant


By: /s/ *Bartholomew L. McLeay*
   Bartholomew L. McLeay #17746
   Jeremy Fitzpatrick #21943
   Kutak Rock LLP
   The Omaha Building
   1650 Farnam Street
   Omaha, NE  68102-2186
   (402) 346-6000
   bart.mcleay@kutakrock.com
   jeremy.fitzpatrick@kutakrock.com

2

4933-9030-4682.1