IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY WISON<br><br>Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN, CHELSEA SUAREZ, TABLE ROCK MANAGEMENT, LLC,<br><br>Defendants. | **8:25CV635**<br><br><br>**ORDER** |

Before the Court is pro se Plaintiff Jeromy Wilson's motions seeking third-party discovery. Filing No. 65. Plaintiff moves the Court for an order requiring Google, LLC, a non-party, to respond to a subpoena he contends was served on or about April 27, 2026, as well as authorize Plaintiff to serve additional third-party subpoenas.

A party may not seek discovery prior to the Rule 26(f) conference or, in pro se cases, before the Court enters its final progression order. *See* Filing No. 17; Fed. R. Civ. Proc. 26(d); NECivR 16.1(c). There is currently no operative final progression order,[1] and there are currently Rule 12 motions pending. *See* Filing No. 61. Accordingly, Plaintiff must show good cause to obtain a court order permitting expedited discovery. *Empirical Foods, Inc. v. Primus Builders*, Inc., No. 8:19CV457, 2020 WL 5064220, at *15 (D. Neb. Aug. 27, 2020) (quoting Fed. R. Civ. Proc. 26(d)) (collecting cases). "Under the good cause standard, the party requesting expedited discovery must show that the need for expedited discovery

---

[1] The Court issued a final progression order on March 9, 2026. Since that time, Plaintiff has filed a second amended complaint identifying new defendants. Filing No. 55. Accordingly, the deadlines in the final progression order were stayed. Filing No. 56. As Rule 12 motions are now pending, the Court concludes the posture of this case does not warrant discovery at this time.

1

outweighs prejudice to the responding party." *Id*. at *16 (citing *Progressive Cas. Ins. Co. v. F.D.I.C.*, 283 F.R.D. 556, 557 (N.D. Iowa 2012)). Upon review of Plaintiff's motion and considering the relevant factors, the Court concludes Plaintiff has not shown good cause to obtain expedited discovery.

For the reasons set forth herein, Plaintiff's motion for third-party discovery, Filing No. 65, is denied.

IT IS SO ORDERED.

Dated this 21st day of May, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2