IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROMY WILSON, | | |
| Plaintiff, | | 8:25-CV-635 |
| vs. | | ORDER |
| DANESH NOSHIRVAN, et al., | | |
| Defendants. | | |

Defendant Table Rock Management, LLC filed a motion to dismiss and supporting brief on June 4, 2026. Filing 79. The plaintiff filed a brief and index in opposition to that motion on June 8. Filing 82. The defendants filed their reply brief on June 19. Filing 88. With that, briefing on the motion to dismiss was complete and the motion was submitted to the Court for disposition. *See* NECivR 7.1.

The plaintiff has filed a sur-reply brief (filing 89) without seeking leave to do so, in violation of this Court's local rules. *See* NECivR 7.1(c)(3). The plaintiff's unauthorized sur-reply brief will be stricken.

The plaintiff has also filed a "Notice of Counsel Change of Firm and Procedural Non-Compliance" (filing 90), complaining that opposing counsel has changed law firms but not yet updated his contact information or notified the Court, which the plaintiff asserts is "apparent procedural noncompliance." Filing 90 at 1. The plaintiff's filing, despite being captioned as a "notice," appears to move the Court for relief. Filing 90 at 2.

To the extent that the plaintiff's filing was actually intended to be a motion, it is denied. The filing represents that opposing counsel departed his previous firm "on or about June 12-18, 2026." Filing 90 at 1. And this Court's

rules are crystal-clear: "An attorney whose address, telephone number, fax number, or e-mail address changes during a pending case must file and serve notice of the change within 30 days." NEGenR 1.3(e) (emphasis supplied). The plaintiff has failed to show any "procedural noncompliance" at this point.

IT IS ORDERED:

1.  The "Plaintiff's Surreply Brief in Opposition to Defendant Table Rock Management LLC's Motion to Dismiss" (filing 89) is stricken.

2.  To the extent it was intended as a motion, the plaintiff's Notice of Counsel Change of Firm and Procedural Non-Compliance" (filing 90) is denied.

Dated this 22nd day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge