IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>DANESH NOSHIRVAN, et al.,<br><br>Defendants. | 8:25-CV-635<br><br>ORDER |

IT IS ORDERED that the plaintiff's motion for oral argument (filing 101) is denied. *See* NECivR 7.1(e).

Dated this 14th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge